EXHIBIT 2

EXHIBIT 2: EMAIL FROM CARFUL SHOPPER TO TP-LINK CORPORATION, APRIL 3, 2018, ADVISING THAT THE ACCUSED PRODUCTS WERE PURCHASED FROM AUTHORIZD SOURCES AND ARE NOT COUNTERFEIT, ATTACHING PROOF OF PURCHASE

From: "A. Starke" <astarke613@gmail.com>
Subject: DEMAND FOR RETRACTION OF RIGHTS COMPLAINTS AND COMMITMENT TO CEASE SALES OF TP-LINK RESTRICTED PRODUCTS
Date: April 3, 2018 at 3=07=04 PM EDT
To: compliance-usa@tp-link.com

To whom it may concern:
I received the following email from Amazon :
"
Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items. Examples of these items are listed below:

ASIN: B00PDLRHFW, TP-Link Archer AC1900 Smart WiFi Router - Dual-Band Gigabit (C9)
ASIN: B0168G0KZY, TP-Link Archer AC1200 Reliable Dual-band WiFi Router (C50)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

TP-Link, ,Compliance
compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at no<ce-dispute@amazon.com.

If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email no<ce-dispute@amazon.com with suppor<ng information."

I am requesting THAT YOUR COMPANY RETRACT this complaint BY SENDING THE RETRACTIONS TO NOTICE-DISPUTE@AMAZON.COM. These items were purchased in very small quantity from an authorized re-seller, specifically from amazon.com and Amazon ITSELF WAS the seller. UNLESS YOU IN GOOD FAITH DOUBT THE GENUINENESS OF OUR ATTACHED DOCUMENTATION, I AM SURE YOU WILL UNDERSTAND THAT YOUR RIGHTS COMPLAINT ASSERTED UNTRUE CLAIMS AGAINST CAREFULSHOPPER.

We have no intention and never did intend to sell your product in any sort of large quantity or do anything disruptive to the sale and retail fulfillment of your products. We only intended to purchase a small handful of authentic items and sell them quickly at their suggested retail prices. We had no awareness that this CONFLICTED with any of your company's policies and we were not forewarned by your company in the way that most companies forewarn those whom they do not want selling their products. I politely request that you please, as soon as possible, remove this rights complaint against my company, Carefulshopper, by contacting Amazon at the email address no<ce-dispute@amazon.com.

I know well that your products are the best in your industry and we ourselves make use of your products. Going forward we would like to know how we can become an authorized re-seller of your products. If for any reason we cannot, we are prepared to stop further selling ANY of the said products and others of which you deem that we are ineligible to sell. I can be reached by phone on my cell phone at 216-905-2153 for further correspondence or via email.

Thank you for your understanding in this matter.

Sincerely,

Adam Starke
Owner Careful Shopper LLC

TP-Link Archer AC1200.pdf
Zero KB
TP-Link Archer AC1900.pdf
Zero KB

# EXHIBIT 2