# EXHIBIT 4

EXHIBIT 4: EMAIL FROM AMAZON TO CARFUL SHOPPER, APRIL 9, 2018, ADVISING THAT TP-LINK HAS CHARGED CARFUL SHOPPER WITH LISTING ANOTHER COUNTERFEIT PRODUCT ON AMAZON.COM

From: "seller-evaluation@amazon.com" <seller-evaluation@amazon.com>
Date: April 9, 2018 at 7:37:20 AM EDT
To: "astarke613@gmail.com" <astarke613@gmail.com>
Subject: Warning: Notice of Intellectual Property Rights Infringement
Reply-To: "seller-evaluation+C3RJUR3HFTXUDM-T240AR46CIEJ1A@amazon.com" <seller-evaluation+C3RJUR3HFTXUDMT240AR46CIEJ1A@
amazon.com>
Hello,

We are contacting you because we received a report from a rights owner that you are listing counterfeit items.
Examples of these items are listed below:

ASIN: B010S6SG3S, TP-Link AC1750 WiFi Range Extender with High Speed Mode and Intelligent Signal Indicator (RE450)

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found
below.

TP-Link, ,Compliance
compliance-usa@tp-link.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email noticedispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.
To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1594857291
Sincerely,

# EXHIBIT 4