# EXHIBIT 5

EXHIBIT 5: EMAIL FROM CARFUL SHOPPER TO AMAZON, APRIL 23, 2018, ADVISING THAT THE ACCUSED PRODUCTS WERE PURCHASED FROM AUTHORIZD SOURCES AND ARE NOT COUNTERFEIT, ATTACHING PROOF OF PURCHASE

**From:** Adam Starke
**Sent:** Monday, April 23, 2018 5:44:06 PM
**To:** notice-dispute@amazon.com
**Subject:** ASIN B0168G0KZY, B00PDLRHFW, B010S6SG3S

Regarding asins: B0168G0KZY, B00PDLRHFW, B010S6SG3S
TP Link has made a claim against our goods which we sold that they were inauthentic. This claim is FALSE. All these items were purchased from amazon.com and amazon was the seller on record. We no longer intend to sell these items as we see clearly it is against the manufacturers wishes. However, regarding their claim that our items were inauthentic this is FALSE and we regard this claim as a defamation against us liable to proceedings in a court of law. Please remove the inauthentic complaints against us.

# amazon.com

## Final Details for Order #111-6388017-8133815

[Print this page for your records.Print this page for your records.](#)

**Order Placed:** November 24, 2017
**Amazon.com order number:** 111-6388017-8133815
**Order Total:** $2,024.73

---

### Shipped on November 24, 2017

| Items Ordered | Price |
|---|---|
| 3 of: *TP-Link AC2600 Dual Band Wi-Fi Range Extender w/ Gigabit Ethernet Port, Extends WiFi to Smart Home & Alexa Devices, 4x4 MU-MIMO (RE650)*<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $89.99 |
| 3 of: *TP-Link AC1200 Dual Band WiFi Range Extender, Repeater, Access Point w/ Mini Housing Design, Extends WiFi to Smart Home & Alexa Devices (RE305)*<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $29.99 |
| 3 of: *TP-Link AC1750 Wi-Fi Range Extender w/ Gigabit Ethernet Port (RE450)*<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $57.99 |
| 3 of: *TP-Link AC1200 Gigabit Wireless Wi-Fi Router (Archer C1200)*<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $39.99 |
| 3 of: *TP-Link 8-Port Gigabit Ethernet Easy Smart Switch | Managed Plus | Plug and Play | Desktop | Sturdy Metal w/ Sheilded Ports| Limited Lifetime Replacement (TL-SG108E)*<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $23.99 |
| 3 of: *TP-Link DOCSIS 3.0 (16x4) High Speed Cable Modem | Max Download Speeds Up to 680Mbps | Certified for Comcast XFINITY, Spectrum, Cox and more (TC-7620)*<br>Sold by: Amazon.com Services, Inc.<br><br>Condition: New | $47.99 |

**Shipping Address:**
Adam and Sora Starke
1863 E 13TH ST FL 2
BROOKLYN, NY 11229-2807
United States

**Shipping Speed:**
One-Day Shipping

Item(s) Subtotal: $869.82
Shipping & Handling: $98.82
Free Shipping: -$98.82
-----
Total before tax: $869.82
Sales Tax: $0.00
-----
**Total for This Shipment:** $869.82
-----

---

### Shipped on November 24, 2017

| Items Ordered | Price |
|---|---|

| | |
|---|---|
| 3 of: *TP-Link AC1900 DOCSIS 3.0 (24x8) High Speed Cable Modem Router \| Ideal for Cable Internet Plans 500Mbps and Above \| Certified for XFINITY, Spectrum (CR1900)* | $139.99 |
| Sold by: Amazon.com Services, Inc. | |
| Condition: New | |
| 3 of: *TP-Link Deco M5 Whole Home Mesh WiFi System \| Up to 4,500 sq. ft. Coverage \| Unique Antivirus Security Protection and Parental Controls \| Works with Alexa and IFTTT \| 3-Pack* | $179.99 |
| Sold by: Amazon.com Services, Inc. | |
| Condition: New | |

**Shipping Address:**
Adam and Sora Starke
1863 E 13TH ST FL 2
BROOKLYN, NY 11229-2807
United States

**Shipping Speed:**
One-Day Shipping

Item(s) Subtotal: $959.94
Shipping & Handling: $50.94
Free Shipping: -$50.94
-----
Total before tax: $959.94
Sales Tax: $0.00
-----
**Total for This Shipment:** $959.94
-----

## Shipped on November 24, 2017

| Items Ordered | Price |
|---|---|
| 3 of: *TP-Link DOCSIS 3.0 (24x8) High Speed Cable Modem \| Max Download Speeds Up to 1000Mbps \| Certified for XFINITY, Spectrum, Cox and more (TC7650)* | $64.99 |
| Sold by: Amazon.com Services, Inc. | |
| Condition: New | |

**Shipping Address:**
Adam and Sora Starke
1863 E 13TH ST FL 2
BROOKLYN, NY 11229-2807
United States

**Shipping Speed:**
One-Day Shipping

Item(s) Subtotal: $194.97
Shipping & Handling: $20.97
Free Shipping: -$20.97
-----
Total before tax: $194.97
Sales Tax: $0.00
-----
**Total for This Shipment:** $194.97
-----

## Payment information

**Payment Method:**
American Express | Last digits: 1004

**Billing address**
A Starke
1863 E. 13th St.
Brooklyn, NY 11229
United States

Item(s) Subtotal: $2,024.73
Shipping & Handling: $170.73
Free Shipping: -$170.73
-----
Total before tax: $2,024.73
Estimated tax to be collected: $0.00
-----
**Grand Total:** $2,024.73

**Credit Card transactions**  AmericanExpress ending in 1004: November 24, 2017: $2,024.73

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates