# EXHIBIT 7

EXHIBIT 7: EMAIL FROM AMAZON TO CARFUL SHOPPER, APRIL 28, 2018, ADVISING THAT AMAZON IS STILL REVIEWING TP-LINK IP COMPLAINT THAT PLAINTIFF LISTED COUNTERFEIT PRODUCT ON AMAZON.COM

From: Amazon <notice-dispute@amazon.com>
Date: April 28, 2018 at 1:16:59 AM EDT
To: "astarke613@gmail.com" <astarke613@gmail.com>
Subject: Notice: Policy Warning
Reply-To: Amazon <notice-dispute@amazon.com>

Hello,

We are still reviewing your account. We will send you an email when we finish the review.

ASIN(s): B00PDLRHFW, B0168G0KZY

Complaint ID: 5022245921

Sincerely,

Seller Performance Team
Amazon.com
http://www.amazon.com