# EXHIBIT 8

<u>EXHIBIT 8</u>: EMAIL FROM AMAZON TO CARFUL SHOPPER, MAY 1, 2018, ADVISING THAT CAREFUL SHOPPER IS EXPELLED FROM SELLING ON AMAZON

**From:** Amazon <seller-performance@amazon.com>
**Sent:** Tuesday, May 1, 2018 5:56:16 AM
**To:** Adam Starke
**Subject:** Your Amazon.com selling privileges have been removed

amazon

Hello,

We reviewed your account and the information you provided, and we have decided that you may not sell on Amazon.com.

Please ship any open orders. If you have funds in your account, they will be available after any amounts paid for A-to-z claims or chargebacks on your orders have been deducted. This usually takes about 90 days, but funds may be held longer.

You can see your balance and settlement information in the Payments section of Seller Central. If you have questions about those, please write to payments-funds@amazon.com.

# EXHIBIT 8