UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Careful Shopper, LLC v. TP-Link USA Corporation

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

18-cv-3019 RJD-RML

------------------------------------------------------------X

TO:  Opposing Counsel
    Mark Schlachet, Esq.
    3515 Severn Rd., Cleveland, Ohio 44118

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of LTL Attorneys LLP and a member in good standing of the bar(s) of the State(s) of New York, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant TP-Link USA Corporation. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: June 5, 2018

Signature of Movant
Firm Name LTL Attorneys LLP
Address 300 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Email joe.tuffaha@ltlattorneys.com
Phone 213-612-8900

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, on Electronic Service upon the following parties and participants:

Dated: June 6, 2018                             By:   /s/ Joedat Hani Tuffaha

---

1

**PLAINTIFF'S OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS**