UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

                                                  AFFIDAVIT OF JOEDAT HANI TUFFAHA
                                                  IN SUPPORT OF MOTION TO
                                                  ADMIT COUNSEL *PRO HAC VICE*
                                                  18-cv-3019 RJD-RML

Careful Shopper, LLC v. TP-Link Corporation
----------------------------------------------------------X

    __JOEDAT HANI TUFFAHA__, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of __LTL Attorneys LLP__.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of __New York__.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant   TP-Link USA Corporation   .

Dated:   June 5, 2018

Signature of Movant
Firm Name   LTL Attorneys LLP
Address   300 South Grand Avenue, Ste 1400
Los Angeles, California 90071
Email   joe.tuffaha@ltlattorneys.com
Phone   213-612-8900

NOTARIZED   * Please see attached

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Los Angeles**

Subscribed and sworn to (or affirmed) before me on this **5** day of **June**, 20**18** by **Joedat Hani Tuffaha**,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature                                    (Seal)

[Notary Seal: Thomas Michael Vieira, Notary Public - California, Los Angeles County, Comm. #2181103, My Comm. Expires Jan. 23, 2021]

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

**Affidavit of Joedat Hani**
(Title or description of attached document)

**Tuffaha In Support of Motion to Admit**
(Title or description of attached document continued) **Counsel Pro Hac Vice**

Number of Pages **2**   Document Date **6/5/18**

**18-cv-3019 RJD-RML**
Additional information

## INSTRUCTIONS

*The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information Is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, on Electronic Service upon the following parties and participants:

Dated:  June 6, 2018                                           By:    */s/ Joedat Hani Tuffaha*

1

**PLAINTIFF'S OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS**