UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAREFUL SHOPPER, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>TP-LINK USA CORPORATION<br><br>        Defendant,<br><br>   and<br><br>TP-LINK NORTH AMERICA INC<br>145 S STATE COLLEGE BLVD STE 400<br>BREA. CA 92821-5833<br><br>        New Party Defendant | CASE NO: 1:18-cv-03019 RJD-RML<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS TP-LINK USA CORPORATION AND TP-LINK NORTH AMERICA, INC.** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants TP-Link USA Corporation ("TP-Link USA") and TP-Link North America, Inc. ("TP-Link North America") disclose that: TP-Link USA is a subsidiary of TP-Link UK Limited, a corporation organized under the laws of the United Kingdom.  No publicly held corporation owns 10% or more of TP-Link USA's stock.  TP-Link North America is a fictitious business name of TP-Link USA.  No publicly held corporation owns 10% or more of TP-Link North America's stock.

Dated:  June 20, 2018


LTL ATTORNEYS LLP


By:            /s/Joedat H. Tuffaha
Joedat H. Tuffaha (admitted *pro hac vice*)
300 S Grand Ave, 14th Floor
Los Angeles, CA 90071
Phone: (213) 612-8900
Fax: (213) 612-3773
Email: joe.tuffaha@ltlattorneys.com

*Attorney for Defendants*

1