

LTL ATTORNEYS LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071
TEL: 213-612-8900  |  FAX: 213-612-3773
WWW.LTLATTORNEYS.COM

LOS ANGELES  |  SAN FRANCISCO  |  ORANGE COUNTY

**VIA ECF**

July 24, 2018

The Honorable Raymond J. Dearie
United States District Court Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  Careful Shopper, LLC v. TP-Link USA Corp., et al.
            Case No. 1:18-cv-03019-RJD-RML

Dear Judge Dearie:

We represent Defendants TP-Link USA Corporation and TP-Link North America, Inc., in the above-referenced action.  Per the Electronic Filing Notice regarding the Order Temporarily Denying Motion for Leave to Appear Pro Hac Vice, (Docket No. 13, dated 7/10/18), we are resubmitting the Certificates of Good Standing for Heather F. Auyang from the State of Illinois (dated July 12, 2018) and the State of California (dated July 17, 2018), for the Judge's consideration.

                                          Respectfully submitted,

                                           /s/ Heather F. Auyang

                                          Heather F. Auyang
                                          LTL Attorneys LLP

                                          *Attorney for Defendants*

cc:  (via ECF):  Mark Schlachet
                      3515 Severn Rd.
                      Cleveland, Ohio  44118
                      Telephone:  (216) 225-7559
                      Email:  markschlachet@me.com

       *Attorney for Plaintiff*