BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE

DATE: **SEPTEMBER 12, 2018**

*TIME IN COURT:  15 minutes*

CIVIL CAUSE FOR TELEPHONE PRE MOTION CONFERENCE

**CASE:**     CAREFUL SHOPPER -v- TP LINK USA CORP.

**DOCKET NUMBER: CV 18-3019 (RJD)**

COUNSEL FOR PLAINTIFF:     MARK SCHLACHET & JACOB SCHINDELHEIM

COUNSEL FOR DEFENDANT:     JOEDAT TUFFAHA, HEATHER AUYANG & PRASHANTH CHENNAKESAVAN

COURTREPORTER:  *VICTORIA BUTLER*

X     CASE CALLED FOR TELEPHONIC STATUS CONFERENCE.
      COUNSEL ON LINE.
      DISCUSSION HELD.
      PARTIES WILL ATTEMPT TO RESOLVE CASE; COUNSEL WILL ADVISE COURT IN WRITING ON OR BEFORE 9/28/2018 IF MOTION PRACTICE IS PROCEEDING, IF SO, PARTIES WILL AGREE UPON A BRIEFING SCHEDULE AND ADVISE COURT.
      MODEST JURISDICTIONAL DISCOVERY TO PROCEED.