# K/S

# KOSS & SCHONFELD, LLP
## ATTORNEYS AT LAW

ALLEN V. KOSS, ESQ.
SIMCHA D. SCHONFELD, ESQ.*
JACOB J. SCHINDELHEIM, ESQ.

*Also admitted in New Jersey

Writer's email: sds@kandsllp.com
Writer's direct dial: (212) 796-8916

September 28, 2018

**VIA ECF**

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Careful Shopper, LLC v. TP-Link USA Corp., et al.*,
     Docket No. 1:18-cv-03019-RJD-RML

Dear Judge Dearie:

Undersigned counsel represent Plaintiff in the above-captioned litigation and submit this letter pursuant to directives contained in the Court's Minute Entry of September 21, 2018, and subsequent Order of September 26, 2018. A pre-motion conference was conducted telephonically on September 12, 2018, at which time Your Honor authorized Defendants to file their motion to dismiss the Amended Complaint, subject only to the Parties' exploration of potential settlement. The Court also authorized the parties to serve discovery limited to the jurisdictional issues raised by Defendants in their pre-motion letter. The parties have not resolved this matter and must proceed with motion practice. Both parties have served discovery demands.

The parties have conferred and have not yet agreed upon a briefing schedule. We anticipate contacting Ms. Mulqueen next week for assignment of a briefing schedule and a motion return date, as we recall that having been informed that she will be away until early October.

Respectfully submitted,

**KOSS & SCHONFELD, LLP**

/s/ Simcha Schonfeld
Simcha D. Schonfeld, Esq.
Jacob J. Schindelheim, Esq.
90 John Street, Suite 503
New York, NY 10038

/s/ Mark Schlachet
Mark Schlachet
Law Offices of Mark Schlachet
3515 Severn Road
Cleveland, Ohio 44118

*Attorneys for Plaintiff*

ECF to All Parties