

LTL ATTORNEYS LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071
TEL: 213-612-8900  |  FAX: 213-612-3773
WWW.LTLATTORNEYS.COM

LOS ANGELES  |  SAN FRANCISCO  |  ORANGE COUNTY

**VIA EMAIL AND U.S. MAIL**

January 11, 2019

| | |
|---|---|
| Mark Schlachet, Esq. | Jacob J. Schindelheim, Esq. |
| Law Offices of Mark Schlachet, Esq. | Simcha D. Schonfeld, Esq. |
| 3515 Severn Rd. | 90 John Street, Suite 503 |
| Cleveland, Ohio 44118 | New York, NY 10038 |
| Email: markschlachet@me.com | Email: jjs@kandsllp.com |
| *Attorney for Plaintiff* | sds@kandsllp.com |
| | *Attorneys for Plaintiff* |

Re:   *Careful Shopper, LLC v. TP-Link USA Corp., et al.*, Case No. 1:18-cv-03019-RJD-RML

Counsel:

We represent defendant TP-Link USA Corporation, which also does business as co-defendant TP-Link North America, Inc. (collectively, "TP-Link"), in the above-referenced action. Served with this letter are the following documents: (1) Notice of Motion to Dismiss Plaintiffs' Amended Complaint for Lack of Personal Jurisdiction and Subject Matter Jurisdiction; (2) Memorandum of Points and Authorities In Support; (3) Declaration of Kevin Ryu; and (4) Declaration of Heather Auyang and supporting Exhibits A through G.

Please let us know if there are any issues with receipt.

Regards,

 */s/ Heather Auyang*
Heather Auyang
LTL Attorneys LLP

*Attorney for Defendants*

cc (via ECF & US Mail):

The Honorable Raymond J. Dearie
United States District Court Judge
c/o Ellen Mulqueen, Case Manager
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201