# EXHIBIT 1

| | |
|---|---|
| **From:** | Heather Auyang |
| **To:** | Mark Schlachet |
| **Cc:** | Joe Tuffaha; Prashanth Chennakesavan (Prashanth.Chennakesavan@ltlattorneys.com) |
| **Bcc:** | Heather Auyang |
| **Subject:** | RE: Status of Meet & Confer in CSC v. TP-Link |
| **Date:** | Friday, November 30, 2018 1:31:00 PM |

Mark,

With respect to RFP Nos. 2, 5, and 6, we are in agreement **only if** such documents are available.

TP-Link does not contest prong 1 of CPLR 302(a)(1).

Regards,
Heather

**From:** Mark Schlachet [mailto:markschlachet@me.com]
**Sent:** Friday, November 30, 2018 1:28 PM
**To:** Heather Auyang <Heather.Auyang@ltlattorneys.com>
**Subject:** Status of Meet & Confer in CSC v. TP-Link

Heather,

For the record, we have agreed that TP-Link will provide the documents requested by RFP's 2,5 and 6, limited however to the Model Nos. of TP-Link products purchased by Careful Shopper between 1/1/17 and 3/31/18, a list of which Model Nos. I will provide you. We do not agree as to RFP No.11, which we will discuss with Judge Levy in 4 minutes or so.

Also, just to be on record, TP-Link stated in our earlier discussion with Judge Levy that Prong No. 2 of CPLR 302(a)(1) was the sole issue for decision, as TP-Link was not contesting the Constitutionality of the statute's applicability, e.g. based on doing business in New York, o a regular flow of goods or other quantitative measure.

If I am inaccurate in this, please advise.

Thanks,

Mark


Mark Schlachet
3515 Severn Road
Cleveland, Ohio 44118
(216)225-7559
(216)932-5390(f)
markschlachet@me.com

**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This e-mail message and any files transmitted with it are also subject to the attorney-client privilege and attorney work-product doctrine, and contain confidential**

information intended only for the person(s) to whom this e-mail message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone at (216) 896-0714 or by electronic mail to **mschlachet@gmail.com** and destroy the original message without making a copy. Thank you.