

ALLEN V. KOSS, ESQ.
SIMCHA D. SCHONFELD, ESQ.*
JACOB J. SCHINDELHEIM, ESQ.

*Also admitted in New Jersey

Writer's email: jjs@kandsllp.com
Writer's direct dial: (212) 857-4480

February 12, 2019

**Via Federal Express:**
Heather Auyang, Esq.
LTL Attorneys LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071

      Re:    *Careful Shopper, LLC v. TP-Link USA Corp., et al.*,
             Docket No. 1:18-cv-03019-RJD-RML

Dear Ms. Auyang:

     As you are aware, this firm is co-counsel, along with Mark Schlachet, Esq., to Plaintiff Careful Shopper in the above-referenced action. Enclosed herewith please find two (2) full hardcopies of the following documents, which have already been sent to you via email by Mark Schlachet on February 10, 2019: (1) Memorandum in Opposition to Motion to Dismiss filed by defendant TP-Link USA Corporation; (2) Affidavit of Adam J. Starke; (3) Declaration of Mark Schlachet.

     Please let us know if you have any questions or concerns.

                                   Sincerely,

                                   **KOSS & SCHONFELD, LLP**

                                   */s/   Jacob J. Schindelheim, Esq.*
                                    Jacob J. Schindelheim, Esq.

cc:     *(Via ECF without enclosures)*
          The Honorable Raymond J. Dearie
          United States District Court Judge
          c/o Ellen Mulqueen, Case Manager
          United States District Court, Eastern District of New York
          225 Cadman Plaza East
          Brooklyn, NY 11201

---

*(Via ECF)*
Mark Schlachet, Esq.
Law Offices of Mark Schlachet, Esq.
3515 Severn Road
Cleveland, Ohio 44118