

```
                                          LTL ATTORNEYS LLP
                                          300 SOUTH GRAND AVENUE, 14TH FLOOR
                                          LOS ANGELES, CALIFORNIA 90071
                                          TEL: 213-612-8900  |  FAX: 213-612-3773
                                          WWW.LTLATTORNEYS.COM

                                          LOS ANGELES  |  SAN FRANCISCO  |  ORANGE COUNTY
```

**VIA EMAIL AND U.S. MAIL**

February 19, 2019

| | |
|---|---|
| Mark Schlachet, Esq. | Jacob J. Schindelheim, Esq. |
| Law Offices of Mark Schlachet, Esq. | Simcha D. Schonfeld, Esq. |
| 3515 Severn Rd. | 90 John Street, Suite 503 |
| Cleveland, Ohio 44118 | New York, NY 10038 |
| Email: markschlachet@me.com | Email: jjs@kandsllp.com |
| *Attorney for Plaintiff* | sds@kandsllp.com |
| | *Attorneys for Plaintiff* |

   Re: *Careful Shopper, LLC v. TP-Link USA Corp., et al.*, Case No. 1:18-cv-03019-RJD-RML

Counsel:

We represent defendant TP-Link USA Corporation, which also does business as co-defendant TP-Link North America, Inc. (collectively, "TP-Link"), in the above-referenced action. Served with this letter is TP-Link's <u>Amended</u> Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Lack of Personal Jurisdiction and Subject Matter Jurisdiction, which complies with the February 14, 2019 Order re: Motion to Strike.

The declaration and exhibits remain the same as those served on January 11, 2019.

Please let us know if there are any issues with receipt.

Regards,

 */s/ Heather Auyang*
Heather Auyang
LTL Attorneys LLP

*Attorney for Defendants*

cc (via ECF & US Mail):

The Honorable Raymond J. Dearie
United States District Court Judge
c/o Ellen Mulqueen, Case Manager
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201