

**KOSS & SCHONFELD, LLP**
ATTORNEYS AT LAW

ALLEN V. KOSS, ESQ.
SIMCHA D. SCHONFELD, ESQ.*
JACOB J. SCHINDELHEIM, ESQ.

*Also admitted in New Jersey

Writer's email: jjs@kandsllp.com
Writer's direct dial: (212) 857-4480

February 19, 2019

**Via Federal Express:**
Heather Auyang, Esq.
LTL Attorneys LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071

> Re:   *Careful Shopper, LLC v. TP-Link USA Corp., et al.,*
> Docket No. 1:18-cv-03019-RJD-RML

Dear Ms. Auyang:

As you are aware, this firm is co-counsel, along with Mark Schlachet, Esq., to Plaintiff Careful Shopper in the above-referenced action. Enclosed herewith please find two (2) full hardcopies of the following documents, which have already been sent to you via email by Mark Schlachet on February 19, 2019: Amended Memorandum of Law in support of Motion to Dismiss for Lack of Personal Jurisdiction and Subject matter Jurisdiction filed by defendant TP-Link USA Corporation.

The Affidavit of Adam J. Starke and Declaration of Mark Schlachet remain the same as those served on February 12, 2019.

Please let us know if you have any questions or concerns.

Sincerely,

**KOSS & SCHONFELD, LLP**

 /s/   *Jacob J. Schindelheim, Esq.*
Jacob J. Schindelheim, Esq.

cc:   *(Via ECF without enclosures)*
The Honorable Raymond J. Dearie
United States District Court Judge
c/o Ellen Mulqueen, Case Manager

---

90 John Street, Suite 503, New York, NY 10038
Tel: (212) 796-8914 │ Fax: (212) 401-4757 │ www.KandSllp.com

United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*(Via ECF)*
Mark Schlachet, Esq.
Law Offices of Mark Schlachet, Esq.
3515 Severn Road
Cleveland, Ohio 44118