UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAREFUL SHOPPER, LLC,<br><br>                              Plaintiff,<br><br>-against-<br><br>TP-LINK USA CORPORATION d/b/a TP-LINK NORTH AMERICA, INC.,<br><br>                              Defendants. | 1:18-cv-03019-RJD-RML<br><br>**AMENDED NOTICE OF MOTION TO DISMISS**<br><br>**Oral argument requested** |

**PLEASE TAKE NOTICE THAT**, upon the accompanying memorandum of law, dated February 19, 2019, the supporting declarations served on January 11, 2019, any reply in support of the motion filed, and the pleadings and proceedings had herein, defendant TP-Link USA Corporation, which also does business as defendant TP-Link North America, Inc., by its attorneys LTL Attorneys LLP, will move this Court, before the Honorable Raymond J, Dearie, United Stated District Court Judge, at 225 Cadman Plaza East, Courtroom 10A S, Brooklyn, NY 11201, on April 25, 2019, or as soon as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 12, dismissing the First Amended Complaint in its entirety.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court-ordered briefing schedule, entered on October 18, 2018, Plaintiff's memorandum of law in opposition, if any, must be served on the undersigned counsel by February 12, 2019.

Dated: February 27, 2019                         LTL ATTORNEYS LLP

                                                 By:   */s/ Heather F. Auyang*
                                                       Joedat Tuffaha
                                                       Heather F. Auyang
                                                       Prashanth Chennakesavan

                                                       *Attorneys for TP-Link USA Corp.*
                                                       *d/b/a TP-Link North America, Inc.*