UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAREFUL SHOPPER, LLC,<br><br>       Plaintiff,<br><br>-against-<br><br>TP-LINK USA CORPORATION d/b/a TP-LINK NORTH AMERICA, INC.,<br><br>       Defendants. | 1:18-cv-03019-RJD-RML |

**DECLARATION OF KEVIN RYU IN SUPPORT OF DEFENDANT TP-LINK USA CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND SUBJECT MATTER JURISDICTION**

## DECLARATION OF KEVIN RYU

I, Kevin Ryu, hereby declare as follows:

1. I am the Director of Sales and Marketing, E-commerce, for TP-Link USA Corporation ("TP-Link") in Brea, California. I have been employed with TP-Link since mid-2015. I submit this declaration in support of Defendant TP-Link's Motion to Dismiss For Lack of Personal Jurisdiction and Subject Matter Jurisdiction. I have personal knowledge of the matters stated in this Declaration and, if called as a witness, I could and would competently testify to them.

2. I understand that Careful Shopper, LLC ("Careful Shopper") has filed a lawsuit against TP-Link concerning complaints made by Amazzia (on behalf of TP-Link) to Amazon.com, Inc. ("Amazon") about Careful Shopper's sales of TP-Link products on Amazon.

3. TP-Link sells its own products using Amazon. For such sales, TP-Link either acts as the seller (in which case Amazon fulfills the order), or uses Amazon as an authorized retailer. TP-Link also sells through retailers and distributors in New York.

4. TP-Link has contracted with a Reseda, California based company called Amazzia to monitor unauthorized sales of its products on Amazon.

5. Amazzia monitors certain TP-Link products based on the Amazon Standard Identification Number ("ASIN"), including the following ASINs: (1) B00PDLRHFW; (2) B0168G0KZY; and (3) B010S6SG3S.

6. When Amazzia identifies unauthorized resellers using the ASIN, it uses a TP-Link email address ("Compliance USA") to send emails to Amazon.

7. TP-Link North America Inc. is a fictitious business name of TP-Link USA Corporation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 11, 2019

By: _____
Kevin Ryu