UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAREFUL SHOPPER, LLC, | 1:18-cv-03019-RJD-RML |
| Plaintiff, | |
| -against- | |
| TP-LINK USA CORPORATION d/b/a TP-LINK NORTH AMERICA, INC., | |
| Defendants. | |

**<u>SUPPLEMENTAL</u> DECLARATION OF KEVIN RYU IN SUPPORT OF DEFENDANT TP-LINK USA CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND SUBJECT MATTER JURISDICTION**

## SUPPLEMENTAL DECLARATION OF KEVIN RYU

I, Kevin Ryu, hereby declare as follows:

1.     I am the Director of Sales and Marketing, E-commerce, for TP-Link USA Corporation ("TP-Link") in Brea, California.  I have been employed with TP-Link since mid-2015. I submit this supplemental declaration in support of Defendant TP-Link's Motion to Dismiss for Lack of Personal Jurisdiction and Subject Matter Jurisdiction. I have personal knowledge of the matters stated in this Supplemental Declaration and, if called as a witness, I could and would competently testify to them.

2.     TP-Link does not provide Amazzia with either a "test buy" or photos for Amazzia to report complaints.

3.     As the Amazzia contract with TP-Link shows, Amazzia monitors certain TP-Link products based on the Amazon Standard Identification Number ("ASIN"), including the following ASINs: (1) B00PDLRHFW; (2) B0168G0KZY; and (3) B010S6SG3S. Attached hereto as **Exhibit A** is a true and correct of TP-Link's contract with Amazzia.

4.     The Amazzia contract also details that when Amazzia identifies unauthorized resellers using the ASINs, it sends a complaint to Amazon. To clarify the statement in my January 11, 2019 Declaration, as the contract shows, Amazzia requires TP-Link provide it with an email account using an email address in the format "compliance@brandname.com" (in this case compliance-usa@tp-link.com, which also reflects as "Compliance USA").

5.     TP-Link requested from Amazzia any specific complaints to Amazon about Careful Shopper, but Amazzia has refused to provide any of the requested correspondence.

6.     TP-Link North America Inc. is a fictitious business name of TP-Link USA Corporation. Attached hereto as **Exhibit B** are true and correct copies of the Fictitious Business Name Statement filed by TP-Link USA Corporation on March 7, 2017, with the Recorder's Office of San Bernardino County, California, and Fictitious Business Name Statement filed on February 28, 2017, with the Recorder's Office of Orange County, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 25, 2019

By: _____
        Kevin Ryu

# Exhibit A
# to Supplemental Ryu Declaration



AMAZZIA
7040 Darby Avenue
Reseda, CA 91335

# TP-Link - Amazon Brand Protection Agreement

## Terms:

- Month to month basis
- Amazon clean up and monitoring executed fo ███████████████████████
- 31 skus/ASINs under the brand to be monitored (Details Below)

<u>5 New ASINs added:</u>



- ██████████
- ██████████
- ██████████
- ██████████
- ██████████

<u>26 Existing ASINs (already being monitored);</u>

- ██████████
- ██████████
- ██████████
- B00PDLRHFW
- B010S6SG3S
- ██████████
- ██████████
- B01b8GUKZY
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████

- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████
- ██████████



your partner in brand protection, growth, and distribution.



AMAZZIA
7040 Darby Avenue
Reseda, CA 91335

**Services:**

- We will monitor all ASIN pages daily, 7 days/week
- We will report non-compliant sellers to Amazon until they are removed by Amazon
- 50% of resellers to be removed in 60 days, 75% in 90 days, and 90% in 120 days.
- You will have full access to our team for any questions regarding the cleanup project

I agree to the points above, and the outlined timeline, and would like to proceed with the Brand Protection Program:

Signed _____

Company _____

Today's Date ___4/17/2018___



your partner in brand protection, growth, and distribution.



AMAZZIA
7040 Darby Avenue
Reseda, CA 91335

# TP-Link Brand Protection Proposal

**Term Agreements:**

- Month to month basis
- Amazon clean up and monitoring executed for $ ███████████████████████

| SKU | Description | ASIN |
|---|---|---|
| ██████ | ████████ | ██████ |
| ████ | ██████████ | ██████ |
| ██████ | █████████ | |

- All three skus under the TP-Link brand to be monitored.

**Our Services:**

- We will monitor all ASIN pages daily, 7 days/week
- We will report non-compliant sellers to Amazon until they are removed by Amazon
- 50% of resellers to be removed in 60 days, 75% in 90 days, and 90% in 120 days.



**Things We Need:**

- Dedicated computer on your network we can remote login with TeamViewer o http://www.teamviewer.com/en/ - Free program we use to remote into your computer
- Dedicated email on your domain for Amazon enforcement (i.e. compliance@brandname.com)
- Amazon.com buying account created using dedicate email

The Brand Protection will begin the following day after all necessary items needed for Amazzia to execute are in place



your partner in brand protection, growth, and distribution.



AMAZZIA
7040 Darby Avenue
Reseda, CA 91335

I agree to the points above, and the outlined timeline, and would like to proceed with the Brand Protection Program:

Signed_____

Company_____

Date_____



your partner in brand protection, growth, and distribution.

Exhibit B
to Supplemental Ryu Declaration

Filed in County Clerk's Office, County of San Bernardino

3/07/2017
8:38 AM
TM
SAN

**San Bernardino County**
Recorder - Clerk
222 W. Hospitality Lane, 1st Floor
San Bernardino CA 92415-0022
855 REC-CLRK
www.sbcounty.gov/arc

**BOB DUTTON**
ASSESSOR – RECORDER – CLERK

Doc#: **20170002531**



DocType: FBN

Pages: **2**

Fees: **$55.00**

**BUSINESS OWNER IS RESPONSIBLE TO DETERMINE IF PUBLICATION IS REQUIRED (BPC 17917)**

EcgID –          243982

## FICTITIOUS BUSINESS NAME STATEMENT

☒ **NEW FILING - this is a:** ☒ First Filing ☐ New Amended Filing ☐ Renewal

☐ **ABANDONMENT:** County of Current Filing _____ Date of Current Filing _____ File No. _____

Fees: $55.00 Includes one registrant (please make check payable to "County Clerk")     $10.00 Each additional registrant
$10.00 Each additional FBN name filed on same statement and operating at same location     $ 4.00 Mail processing fee

Please TYPE or PRINT legibly and firmly in DARK ink (no alterations). See reverse side for filing and publishing instructions. The determination whether or not publication is required by law is ENTIRELY THE RESPONSIBILITY OF THE REGISTRANT. Neither the County Clerk nor his deputies are permitted by law to give legal advice and/or assistance. THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1 | LIST **FICTITIOUS BUSINESS NAME** BELOW (as shown in the Articles of Inc./Org./Reg.)<br>TP-Link North America, Inc. | Franchise No. (if applicable) | County of Principal Place of Business<br>San Bernardino | | |
|---|---|---|---|---|---|
| **2** | Street Address of Principal Place of Business (P.O. Box or PMB address NOT acceptable)<br>10725 Sierra Avenue, Suite 100 | City<br>Fontana | | State<br>CA | Zip Code<br>92337 |
| | Mailing Address (Optional) | City | | State | Zip Code |

| 3 | (1) Name of **Individual** Registrant (First name) | (Middle initial only) (Last name) | | | |
|---|---|---|---|---|---|
| | (1) Name of **corporation or limited liability company** as shown in the Articles of Inc./Org./Reg.<br>TP-Link USA Corporation | State of Inc./Org. / Reg.<br>California | Inc./Org./Reg. No.<br>C3165179 | | |
| | Residence Street Address/Corporation or LLC Street Address<br>145 South State College Boulevard, Suite 400 | City<br>Brea | | State<br>CA | Zip Code<br>92821 |
| | (2) Name of **Individual** Registrant (First name) | (Middle initial only) (Last name) | | | |
| | (2) Name of **corporation or limited liability company** as shown in the Articles of Inc./Org./Reg. | State of Inc./Org. / Reg. | Inc./Org./Reg. No. | | |
| | Residence Street Address/Corporation or LLC Street Address | City | | State | Zip Code |

List any additional names on additional form

| 4 | (CHECK ONE ONLY) This business is/was conducted by: | | |
|---|---|---|---|
| | ☐ An Individual | ☐ A Limited Liability Partnership | ☐ A Married Couple |
| | ☐ A General Partnership | ☐ An Unincorporated Assoc. Other Than a Partnership | ☐ State or Local Registered Domestic Partners |
| | ☐ A Limited Partnership | ☒ A Corporation | ☐ A Joint Venture |
| | ☐ A Limited Liability Company | ☐ Copartners | ☐ A Trust |

| 5 | Registrant **commenced** to transact business under the fictitious business name or names listed above on (do not enter a future date).<br>(If registrant has not yet commenced to transact business, insert the statement "Not applicable"). | Not Applicable<br>Month, Day, Year |
|---|---|---|

| 6 | BY SIGNING, I DECLARE THAT ALL INFORMATION IN THIS STATEMENT IS TRUE AND CORRECT. A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).) **I am also aware that all information on this statement becomes Public Record** upon filing pursuant to the California Public Records Act (Government Code Sections 6250-6277). It is also my responsibility to determine if publication is required (BPC 17917). |
|---|---|
| | Signature: _____     Printed **Name of** Person Signing: Zheng Wu |
| | Printed **Title of** Person Signing: CEO                                Date: 14 February 2017 |

NOTICE--IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

Rev. 04/04/16

MAR 0 7 2017



Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

**20176468059**          **23.00**
02/28/2017 12:36:00
323 13 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

**HUGH NGUYEN**
**CLERK-RECORDER**
**12 CIVIC CENTER PLAZA, ROOM 106**
**POST OFFICE BOX 238**
**SANTA ANA, CA 92702-0238**

## FICTITIOUS BUSINESS NAME STATEMENT

**THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:**

| 1. | Fictitious Business Name(s)   TP-Link North America, Inc. | (optional) Business Phone No. |
|---|---|---|

| 1A | [x] New Statement | Refile - list previous No. | Change |
|---|---|---|---|

| 2. | Street Address, City & State of Principal place of Business (Do not use P.O. box or P.M.B.) | City | State | Zip Code | County |
|---|---|---|---|---|---|
| | 145 South State College Boulevard, Suite 400 Brea, CA 92821 ORANGE | | | | |

| 3. | Full name of Registered Owner (If Corporation, enter corporation name) | If Corporation / LLC State of Incorporation or organization  Ca |
|---|---|---|
| | TP-Link USA Corporation | |

| | Res. / Corp. Address (Do **NOT** use a P.O. Box or P.M.B) | City | State | Zip Code |
|---|---|---|---|---|
| | 145 South State College Boulevard, Suite 400 | Brea | Ca | 92821 |

| 4. | (CHECK ONE ONLY) This business is conducted by: [ ] a trust  [ ] a state or local registered domestic partnership |
|---|---|
| | [ ] an individual  [ ] a general partnership  [ ] a limited partnership  [ ] an unincorporated association other than a partnership |
| | [x] a corporation  [ ] a Limited Liability Partnership  [ ] co-partners  [ ] a married couple  [ ] a joint venture  [ ] Limited Liability Co. |

| 5. | Have you started doing business yet? [ ] Yes Insert Date: [x] No | Notice: This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residence address of the registered owner. A new Fictitious Business Name Statement must be filed before either expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state or common law (see section 14411 et seq., Business and Professions Code). |
|---|---|---|

| 6. | If the registered owner is NOT a corporation, sign below. (See Instructions on the reverse side of this form)  Signature: _____ (Type or Print Name)  I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).) | If the registered owner is: a corporation, an officer of the corporation signs below. any type of partnership, the general partner signs below. a limited liability company, a manager or an officer signs below  TP-Link USA Corporation  Limited Liability Company/Corporation/Partnership Name  _____ 2/16/2017  Signature and Title of Officer/Manager or General Partner  I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)  Zheng Wu                    CEO  Print Name of Officer/Manager or General Partner |
|---|---|

These fees apply at time of filing (Please provide a self-addressed, stamped, return envelope if mailed):
Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after first two

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

**Hugh Nguyen, Clerk-Recorder**

COUNTY CLERK-RECORDER
ORANGE COUNTY CALIFORNIA

Page 1 of 1 Pages