UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CAREFUL SHOPPER, LLC, | 1:18-cv-03019-RJD-RML |
| Plaintiff, | |
| -against- | |
| TP-LINK USA CORPORATION d/b/a TP-LINK NORTH AMERICA, INC., | |
| Defendants. | |

**<u>SUPPLEMENTAL</u> DECLARATION OF HEATHER AUYANG IN SUPPORT OF DEFENDANT TP-LINK USA CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND SUBJECT MATTER JURISDICTION**

**SUPPLEMENTAL DECLARATION OF HEATHER AUYANG**

I, Heather Auyang, hereby declare as follows:

1.     I am an attorney admitted *pro hac vice* to practice before this Court and an attorney at the law firm of LTL Attorneys LLP, counsel for Defendants TP-Link USA Corporation and TP-Link North America Inc.  I have personal knowledge of the matters stated in this Supplemental Declaration and, if called as a witness, I could and would competently testify to them.

2.     Plaintiff produced documents during jurisdictional discovery, including a list of TP-Link products purportedly purchased by TP-Link using the Amazon.com marketplace. Attached hereto as **Exhibit A** is a true and correct copy of the list produced by Plaintiff labeled Bates Nos. CS00032-00040. TP-Link "Order #111059255282257031" from Amazon on Nov. 6, 2017 is listed at CS00038. Order #111059255282257031 is for ASIN number B01HXM8XHO.

3.     Attached as **Exhibit B** is a true and correct copy of the printout from the Amazon.com website located at https://www.amazon.com/TP-Link-Dimmable-Equivalent-Assistant-LB120/dp/B01HXM8XHO/ref=sr_1_1?keywords=B01HXM8XHO&qid=1551235630&s=gateway&sr=8-1 for ASIN number B01HXM8XHO, which is identified as the LB120 sold as the ***single-bulb***.

4.     Attached as **Exhibit C** is a true and correct copy of the printout from the Amazon.com website located at https://www.amazon.com/TP-Link-Smart-Dimmable-White-Control/dp/B075KW9GPB/ref=sr_1_1?keywords=B075KW9GPB&qid=1551235785&s=gateway&sr=8-1 for ASIN number B075KW9GPB, which is identified as the LB120 sold as a "**2 Pack**."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 27, 2019

By:  _____

Heather Auyang

1

Exhibit A
to Supplemental Auyang
Declaration

| | | | | |
|---|---|---|---|---|
| **2 years ago**<br>12/18/2016<br>7:15 PM PST | **115-1886195-8139463**<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 115-1886195-8139463 | | TP-Link AC750 Dual Band Wi-Fi Range<br>Extender (RE200)<br>ASIN: **B00NR2VMNC**<br>SKU: TP-Link AC750 Dual Band Wi-Fi Range<br>Exte<br>Quantity: **1**<br>Item subtotal: $27.95 | **Second Day** | **Payment complete**   Refund Order<br>More information ⌄ |

| | | | | |
|---|---|---|---|---|
| **2 years ago**<br>12/18/2016<br>11:02 PM PST | **115-8681357-1641839**<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 115-8681357-1641839 | | TP-Link AC750 Dual Band Wi-Fi Range<br>Extender (RE200)<br>ASIN: **B00NR2VMNC**<br>SKU: TP-Link AC750 Dual Band Wi-Fi Range<br>Exte<br>Quantity: **1**<br>Item subtotal: $27.95 | **Canceled**<br>More information ⌄ |

| | | | | |
|---|---|---|---|---|
| **2 years ago**<br>1/23/2017<br>6:54 PM PST | **106-5907921-1156203**<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 106-5907921-1156203 | | TP-Link AV1000 2-Port Gigabit Powerline<br>Adapter, Up to 1000Mbps (TL-PA7020 KIT)<br>ASIN: **B01EE9APYS**<br>SKU: TP-LINK AV1000 2-Port Gigabit<br>Powerline<br>Quantity: **1**<br>Item subtotal: $46.81 | **Second Day** | **Payment complete**   Refund Order<br>More information ⌄ |

| | | | | |
|---|---|---|---|---|
| **2 years ago**<br>2/27/2017<br>12:02 PM PST | **115-4628518-0478648**<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 115-4628518-0478648 | | TP-Link 8-Port Gigabit Ethernet PoE<br>Desktop Switch with 4-PoE Ports (TL-<br>SG1008P)<br>ASIN: **B00BP0SSAS**<br>SKU: TP-Link 8-Port Gigabit Ethernet PoE<br>Desk<br>Quantity: **3** | **Second Day** | **Payment complete**   Refund Order |

CS00032



| 2 years ago<br>2/27/2017<br>12:02 PM PST | 115-4628518-0478648<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 115-4628518-0478648 | TP-Link 8-Port Gigabit Ethernet PoE Desktop Switch with 4-PoE Ports (TL-SG1008P)<br>ASIN: B00BP0SSAS<br>SKU: TP-Link 8-Port Gigabit Ethernet PoE Desk<br>Quantity: 3<br>Item subtotal: $68.95 | Second Day | Payment complete | Refund Order<br>More information ⌄ |
| 2 years ago<br>2/27/2017<br>12:52 PM PST | 115-4434454-9853849<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 115-4434454-9853849 | TP-Link AC3150 Wireless Wi-Fi Gigabit Router with XStream Processing, NitroQAM, Smart Connect (Archer C3150)<br>ASIN: B01AK9TC0Y<br>SKU: TP-Link AC3150 Wireless Wi-Fi Gigabit Ro<br>Quantity: 1<br>Item subtotal: $178.95 | | Canceled | More information ⌄ |
| 2 years ago<br>3/21/2017<br>10:00 AM PDT | 104-7306824-4897827<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 104-7306824-4897827 | TP-Link AV1200 Powerline Adapter, Gigabit w/ Power Outlet Pass-through, Up to 1200Mbps (TL-PA8010P KIT)<br>ASIN: B00Y3QPG1A<br>SKU: TP-Link AV1200 Powerline Adapter, Gigabi<br>Quantity: 1<br>Item subtotal: $68.95 | | Canceled | More information ⌄ |
| 2 years ago<br>3/21/2017<br>1:59 PM PDT | 104-3754782-8061817<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon | TP-Link DOCSIS 3.0 (16x4) High Speed Cable Modem, Max Download Speeds of 686Mbps, Certified for Comcast XFINITY, Time Warner Cable, Cox Communications | Second Day | Payment complete | Refund Order |

CS00033







Manage Orders ×   Manage Orders ×

https://sellercentral.amazon.com/orders-v3/search?qt=email&q=hsg0ygmwtj4pg0b%40marketplace.amazon.com&date-range=1262304000000...

Apps   Imported From Safari   Other bookmarks

| | | | | | |
|---|---|---|---|---|---|
| 2 years ago<br>3/21/2017<br>1:59 PM PDT | 104-3754782-8061817<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 104-3754782-8061817 |  | TP-Link DOCSIS 3.0 (16x4) High Speed Cable Modem, Max Download Speeds of 686Mbps, Certified for Comcast XFINITY, Time Warner Cable, Cox Communications<br>ASIN: **B01CVOLKKQ**<br>SKU: TP-Link DOCSIS 3.0 (16x4) High Speed Cab<br>Quantity: **1**<br>Item subtotal: $69.85 | **Second Day** | Payment complete<br>Refund Order<br>More information |
| 2 years ago<br>3/20/2017<br>4:56 PM PDT | 104-4243507-3788246<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 104-4243507-3788246 |  | TP-Link DOCSIS 3.0 (16x4) High Speed Cable Modem, Max Download Speeds of 686Mbps, Certified for Comcast XFINITY, Time Warner Cable, Cox Communications<br>ASIN: **B01CVOLKKQ**<br>SKU: TP-Link DOCSIS 3.0 (16x4) High Speed Cab<br>Quantity: **1**<br>Item subtotal: $69.85 | **Second Day** | Payment complete<br>Refund Order<br>More information |
| 2 years ago<br>3/21/2017<br>2:01 PM PDT | 104-9365418-6857851<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 104-9365418-6857851 |  | TP-Link AV1200 Powerline Adapter, Gigabit w/ Power Outlet Pass-through, Up to 1200Mbps (TL-PA8010P KIT)<br>ASIN: **B00Y3QPG1A**<br>SKU: TP-Link AV1200 Powerline Adapter, Gigabi<br>Quantity: **1**<br>Item subtotal: $68.95 | **Second Day** | Payment complete<br>Refund Order<br>More information |
| 2 years ago<br>...7 | 103-0365768-4857838<br>Fulfillment method: Amazon |  | TP-Link AC5400 Wireless Wi-Fi Tri-Band Gigabit Router (Archer C5400) | | Canceled |

CS00034

FEEDBACK ×

Type here to search   ENG   12:52 PM 10/8/2018

https://sellercentral.amazon.com/orders-v3/search?qt=email&q=hsg0ygmwtj4pg0b%40marketplace.amazon.com&date-range=1262304000000...

Apps Imported From Safari Other bookmarks

| | | | | | |
|---|---|---|---|---|---|
| **2 years ago**<br>3/26/2017<br>7:53 PM PDT | **103-0365768-4857838**<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 103-0365768-4857838 |  | TP-Link AC5400 Wireless Wi-Fi Tri-Band Gigabit Router (Archer C5400)<br>ASIN: **B01DXVK3KY**<br>SKU: TP-Link AC5400 Wireless Wi-Fi Tri-Band G<br>Quantity: **2**<br>Item subtotal: $262.95 | | **Canceled**<br>More information |
| **2 years ago**<br>4/3/2017<br>9:46 AM PDT | **114-8217279-5640216**<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 114-8217279-5640216 |  | TP-Link AV1200 Powerline Adapter, Gigabit w/ Power Outlet Pass-through, Up to 1200Mbps (TL-PA8010P KIT)<br>ASIN: **B00Y3QPG1A**<br>SKU: TP-Link AV1200 Powerline Adapter, Gigabi<br>Quantity: **1**<br>Item subtotal: $65.95 | | **Canceled**<br>More information |
| **a year ago**<br>5/5/2017<br>9:32 AM PDT | **112-0040277-3094625**<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 112-0040277-3094625 |  | TP-Link AC1900 Desktop Dual Band Wi-Fi Range Extender w/ 5 Gigabit Ethernet Ports (RE580D)<br>ASIN: **B010S6RYUY**<br>SKU: TP-Link AC1900 Desktop Dual Band Wi-Fi R<br>Quantity Shipped: **1**<br>Item subtotal: $106.95 | **Second Day** | **Payment complete**<br>Refund Order |
| | |  | TP-Link AC1900 Desktop Dual Band Wi-Fi Range Extender w/ 5 Gigabit Ethernet Ports (RE580D)<br>ASIN: **B010S6RYUY**<br>SKU: TP-Link AC1900 Desktop Dual Band Wi-Fi R | | |

CS00035

FEEDBACK

Type here to search ENG 12:55 PM 10/8/2018

a year ago
5/22/2017
11:24 AM PDT

113-7352174-7820266
Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com
Seller order ID: 113-7352174-7820266

TP-Link 24-Port Gigabit Ethernet Easy Smart Switch (TL-SG1024DE)
ASIN: B00CUG8ESM
SKU: TP-Link 24-Port Gigabit Ethernet Easy Sm
Quantity: 1
Item subtotal: $108.95

Second Day

Payment complete

Refund Order

More information ⌄

a year ago
6/26/2017
9:26 AM PDT

111-6569712-3910633
Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com
Seller order ID: 111-6569712-3910633

TP-Link Multicolor Smart Wi-Fi LED Bulb, Dimmable, Tunable White, No Hub Required, 60W Equivalent, Works with Amazon Alexa, 1-Pack (LB130)
ASIN: B01HXM8X88
SKU: TP-Link Multicolor Smart Wi-Fi LED Bulb,
Quantity: 1
Item subtotal: $47.99

Second Day

Payment complete

Refund Order

More information ⌄

a year ago
6/26/2017
12:26 PM PDT

114-6630967-8012245
Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com
Seller order ID: 114-6630967-8012245

TP-Link Smart LED Light Bulb, Wi-Fi, A19, Dimmable White, 60W Equivalent, Works with Amazon Alexa, 1-Pack (LB110)
ASIN: B01HXM8XE2
SKU: TP-Link Smart LED Light Bulb, Wi-Fi, A19
Quantity: 1
Item subtotal: $24.59

Second Day

Payment complete

Refund Order

More information ⌄

CS00036

a year ago
7/31/2017
PDT

111-9486302-8441802
Buyer name:
amazon91773
Fulfillment method: Amazon

TP-Link AV2000 Powerline Adapter Kit, 2-Port, Gigabit w/ Power Outlet Pass-through, up to 2000Mbps (TL-PA9020P KIT)
ASIN: B01H74VKZU

Second Day

Payment complete
Refund applied (1)

Refund Order



a year ago
7/31/2017
12:16 PM PDT

111-9486302-8441802
Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com
Seller order ID: 111-9486302-8441802

TP-Link AV2000 Powerline Adapter Kit, 2-Port, Gigabit w/ Power Outlet Pass-through, up to 2000Mbps (TL-PA9020P KIT)
ASIN: B01H74VKZU
SKU: TP-Link AV2000 Powerline Adapter Kit, 2-
Quantity: 1
Item subtotal: $96.95

Second Day

**Payment complete**
**Refund applied (1)**

Refund Order

More information ⌄

---

a year ago
8/7/2017
11:36 AM PDT

111-1280982-0335412
Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com
Seller order ID: 111-1280982-0335412

Google WiFi Router - OnHub AC1900 (Black)
ASIN: B0154URN3M
SKU: Google WiFi Router - OnHub AC1900 (Black
Quantity: 2
Item subtotal: $132.95

Second Day

**Payment complete**

Refund Order

More information ⌄

---

a year ago
8/21/2017
11:28 AM PDT

114-7703456-3083444
Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com
Seller order ID: 114-7703456-3083444

TP-Link AC1900 High Power Wireless Wi-Fi Gigabit Router, Ideal for Gaming (Archer C1900)
ASIN: B018DFUJV8
SKU: TP-Link AC1900 High Power Wireless Wi-Fi
Quantity: 1
Item subtotal: $114.98

Second Day

**Payment complete**
**Refund applied (1)**

Refund Order

More information ⌄

---

a year ago
11/6/2017
9:07 AM PST

111-0592552-8257031
Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com

TP-Link Smart LED Light Bulb, Wi-Fi, Dimmable, Tunable White, No Hub Required, 60W Equivalent, Works with Amazon Alexa and Google Assistant (LB120)

Second Day

CS00037

Refund Order

FEEDBACK ✕



https://sellercentral.amazon.com/orders-v3/search?qt=email&q=hsg0vgmwtj4pq0b%40marketplace.amazon.com&date-range=1262304000000...

Apps | Imported From Safari | Other bookmarks

| | | | | | | |
|---|---|---|---|---|---|---|
| a year ago<br>11/6/2017<br>9:07 AM PST | 111-0592552-8257031<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 111-0592552-8257031<br>Business customer | | TP-Link Smart LED Light Bulb, Wi-Fi, Dimmable, Tunable White, No Hub Required, 60W Equivalent, Works with Amazon Alexa and Google Assistant (LB120)<br>ASIN: **B01HXM8XHO**<br>SKU: TP-Link Smart LED Light Bulb, Wi-Fi, Dim<br>Quantity: **1**<br>Item subtotal: $30.69 | **Second Day** | Payment complete | More information<br>Refund Order |
| 10 months ago<br>12/3/2017<br>9:10 PM PST | 111-8796356-1634623<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 111-8796356-1634623<br>Business customer | | TP-Link AC1750 Wi-Fi Range Extender w/ Gigabit Ethernet Port (RE450)<br>ASIN: **B010S6SG3S**<br>SKU: TP-Link AC1750 Wi-Fi Range Extender w/ G<br>Quantity: **3**<br>Item subtotal: $74.95 | **Second Day** | Payment complete<br>Refund applied (1) | More information<br>Refund Order |
| 10 months ago<br>12/4/2017<br>10:52 AM PST | 111-9863268-5324253<br>Buyer name:<br>amazon91773<br>Fulfillment method: Amazon<br>Sales channel: Amazon.com<br>Seller order ID: 111-9863268-5324253<br>Business customer | | TP-Link AC1200 Dual Band WiFi Range Extender, Repeater, Access Point w/ Mini Housing Design, Extends WiFi to Smart Home & Alexa Devices (RE305)<br>ASIN: **B01N8ROH7G**<br>SKU: TP-Link AC1200 Dual Band WiFi Range Exte<br>Quantity: **3**<br>Item subtotal: $47.95 | **Second Day** | Payment complete | More information<br>Refund Order |
| s ago | 111-2743070-4631464 | | TP-Link AC1900 Wireless High Gain Dual | **Second Day** | Payment complete | More information<br>Refund Order |

FEEDBACK ×

CS00038

Type here to search | ENG | 12:58 PM 10/8/2018

Item subtotal: $47.95

| | | | | | | More information ▾ |

**10 months ago**
12/4/2017
4:24 PM PST

Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com
Seller order ID: 111-2743070-4631464
`Business customer`



**111-2743070-4631464**

TP-Link AC1900 Wireless High Gain Dual Band USB Adapter (Archer T9UH)
ASIN: **B01GE9QS0G**
SKU: TP-Link AC1900 Wireless High Gain Dual B
Quantity: **3**
Item subtotal: $59.95

**Second Day**

`Payment complete`
**Refund applied (1)**

Refund Order

More information ▾

**10 months ago**
12/18/2017
10:28 AM PST

Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com
Seller order ID: 111-0389193-4435447
`Business customer`

**111-0389193-4435447**

TP-Link AC1200 Gigabit Wireless Wi-Fi Router (Archer C1200)
ASIN: **B01IUDUJE0**
SKU: TP-Link AC1200 Gigabit Wireless Wi-Fi Ro
Quantity: **2**
Item subtotal: $57.95

**Second Day**

`Payment complete`

Refund Order

More information ▾

**9 months ago**
12/27/2017
4:38 PM PST

Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com
Seller order ID: 111-9603808-5299433
`Business customer`

**111-9603808-5299433**

TP-Link 8-Port Gigabit Ethernet Easy Smart Switch | Managed Plus | Plug and Play | Desktop | Sturdy Metal w/ Sheilded Ports| Limited Lifetime Replacem
ASIN: **B00K4DS5KU**
SKU: TP-Link 8-Port Gigabit Ethernet Easy Sma
Quantity: **1**
Item subtotal: $36.94

**Second Day**

`Payment complete`

Refund Order

More information ▾

CS00039

**9 months ago**
12/26/2017
9:59 AM PST

Buyer name:
amazon91773
Fulfillment method: Amazon

**111-3524250-0914629**

TP-Link 16-Port Gigabit Ethernet Unmanaged Switch | Plug and Play | Metal | Desktop/Rackmount | Fanless | Limited Lifetime (TL-SG1016D)

**Second Day**

`Payment complete`

Refund Order

Seller order ID: 111-0389193-4435447
Business customer

Quantity: **2**

Total: $57.95

More information ⋆

---

9 months ago
12/27/2017
4:38 PM PST

**111-9603808-5299433**
Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com
Seller order ID: 111-9603808-5299433
Business customer



TP-Link 8-Port Gigabit Ethernet Easy Smart
Switch | Managed Plus | Plug and Play |
Desktop | Sturdy Metal w/ Sheilded Ports|
Limited Lifetime Replacem
ASIN: **B00K4DS5KU**
SKU: TP-Link 8-Port Gigabit Ethernet Easy
Sma
Quantity: **1**
Item subtotal: $36.94

**Second Day**

Payment complete

Refund Order

More information ⋆

---

9 months ago
12/26/2017
9:59 AM PST

**111-3524250-0914629**
Buyer name:
amazon91773
Fulfillment method: Amazon
Sales channel: Amazon.com
Seller order ID: 111-3524250-0914629
Business customer

TP-Link 16-Port Gigabit Ethernet
Unmanaged Switch | Plug and Play | Metal |
Desktop/Rackmount | Fanless | Limited
Lifetime (TL-SG1016D)
ASIN: **B004ELA0SS**
SKU: TP-Link 16-Port Gigabit Ethernet
Unmanag
Quantity: **1**
Item subtotal: $76.84

**Second Day**

Payment complete

Refund Order

More information ⋆

---

← Previous    **1**    Next →

Showing orders 1 - 29 of 29 total orders.

Results per page: 50 ⋄

CS00040

---

Exhibit B
to Supplemental Auyang
Declaration

Case 1:19-cv-93013-RJD-RML   Document 30   Filed 02/27/19   Page 14 of 42 PageID #: 468

  **SEE SOMETHING NEW,** EVERY DAY. `TAKE A LOOK`        



amazon
Try Prime

All | B01HXM8XHO

Shop Valentine's Day Gifts

Deliver to
Mill Valley 94941

Your Amazon.com   Today's Deals   Gift Cards   Whole Foods   Registry   Sell   Help

EN   Hello, Sign in
Account & Lists ▾   Orders   Try Prime ▾   🛒 0 Cart

Tools & Home Improvement   Best Sellers   Deals & Savings   Gift Ideas   Power & Hand Tools   Lighting & Ceiling Fans   Kitchen & Bath Fixtures   Smart Home   Shop by Room   Launchpad

Save on Sonos
Check our deals on Sonos Sound   Shop now ›

‹ Back to search results for "B01HXM8XHO"




▶ VIDEO



Roll over image to zoom in

   Product Energy Guide

## Kasa Smart Light Bulb, Tunable White by TP-Link - Reliable WiFi Connection, LED Tunable White, Dimmable, A19, 60W Equivalent, No Hub Required, Works with Alexa Echo and Google Assistant (LB120)

by TP-LINK

★★★★☆ ▾   2,221 customer reviews | 553 answered questions

List Price: ~~$34.99~~
Price: **$19.99**
You Save: **$15.00 (43%)**

**In Stock.**
This item cannot be shipped to your selected location.
Ships from and sold by Amazon.com **exclusively for Prime members**. Details
Gift-wrap available.

Style: **A19,Tunable White**

| A19,Dimmable $19.99 | A19,Tunable White $19.99 |
| --- | --- |
| A19,Dimmable(3-Pack) $65.00 ($21.67 / Piece) | BR30,Dimmable $24.99 |

**Amazon Certified**

 works with alexa    Control this product with your voice through select Alexa devices.

- CONTROL FROM ANYWHERE - Turn electronics on or off from anywhere with your smartphone using the Kasa app (Compatible w/ Android & iOS)
- VOICE CONTROL - Works with Amazon Alexa, Google Assistant and Microsoft Cortana supported devices for a hands-free experience
- TUNABLE - 60 Watt Equivalent, dim brightness and fine-tune light appearance from soft white (2700K) to daylight (6500K).
- KASA SCENES & SCHEDULES - Schedule the Smart Bulb to automatically turn on and off when away
- NOTE: Requires a secured 2.4 GHz Wi-Fi network connection

› See more product details

Share ✉ 👍 🐦 📌 4K+ Shares



**Exclusively for Prime members**
This item is reserved for Prime members. Details

`Try Prime free for 30 days`

Cancel anytime

Already a member? Sign in

`Add to List`



### Other Sellers on Amazon

**$22.94**   `Add to Cart`
& FREE Shipping on eligible orders. Details
Sold by: JMBO Sales (Fast shipping)

**$22.95**   `Add to Cart`
& FREE Shipping on eligible orders. Details
Sold by: PrimeDeal

**$24.99**   `Add to Cart`
& FREE Shipping on eligible orders. Details
Sold by: Network Giant

**Used & new** (33) from $17.99 & FREE shipping.

Have one to sell?   `Sell on Amazon`

Case 1:19-cv-03019-RJD-RML   Document 36   Filed 02/27/19   Page 15 of 42 PageID #: 467

Compare with similar items

Used & new (33) from $17.99 & FREE shipping.



**PHILIPS HUE**
Got Voice? Get Hue. Works with any voice assistant
> Shop now

Philips Hue White A19 60W Equivalent L...

Ad feedback



**KOHREE**

Kohree Edison LED Bulb Vintage Filament Bulb

**Dimmable Edison LED Bulb Kohree 6W Vintage LED Filament Light Bulb, 4000...**
421
$23.99 ✓prime

Ad feedback

## Sponsored products related to this item

Page 1 of 14



[Upgrade] 27W (250 Watt Equivalent) A21 Omni-directional Ceramic LED Light Bulbs, 4...
★★★★½ 311
$49.99 ✓prime



Sengled E11-G14 A19 Daylight 5000K (Hub Required) Smart LED Light Bulb 8-Pack
★★★½ 3227
$76.99 ✓prime



Novostella Smart Light Bulb, RGBCW Wi-Fi LED Bulb A19[7W 600LM] Dimmable Multicolor...
★★★½ 89
$42.99 ✓prime



Sengled A19 LED Light Bulb with 15 Seconds Delay-off, 60W Equivalent, E26 Base Soft...
★★★★ 14
$35.96 ✓prime



LOHAS Smart Light Bulb Dimmable LED Daylight Bulbs, A19 WiFi LED Bulbs, Compatible ...
★★★★ 264
$22.49 ✓prime



JOMARTO Smart WiFi LED Light Bulb, 2 Pack Compatible with Alexa/Google Home,...
★★★★ 29
$28.99 ✓prime



Sunco Lighting 12 Pack 5/6 Inch LED Recessed Downlight, Smooth Trim Dimmable, 13W=...
★★★★½ 886
$84.99 ✓prime

Ad feedback

## Customers also shopped for

Page 1 of 4



Kasa Smart Light Bulb by TP-Link - Reliable WiFi Connection, LED Soft White, Dimmable, A19,...
★★★★ 2,028
$19.99 ✓prime



LIFX Mini White (A19) Wi-Fi Smart LED Light Bulb, Dimmable, Warm White, No Hub Required, Works with...
★★★½ 494
$24.99 ✓prime



Kasa Smart Light Bulb by TP-Link - Reliable WiFi Connection, LED Soft White, Dimmable, A19,...
★★★★ 2,221
$19.99 ✓prime



Kasa Smart Wi-Fi LED Light Bulb by TP-Link - Soft White, Dimmable, A19, No Hub Required,...
★★★★ 2,221
$65.00 ✓prime



Geeni Wi-Fi LED Light Bulb-Soft White, Dimmable, A19, No Hub Required, Works with...
★★★★½ 14
$39.99 ✓prime



Kasa Smart Light Bulb, Multicolor by TP-Link - Reliable WiFi Connection, LED Multicolor, 16...
★★★★ 766
$39.95



Geeni Prisma 1050 A21 Smart Wi-Fi LED Multicolor Light Bulb - 75W Equivalent, No Hub...
★★★ 118
$24.99 ✓prime

## What other items do customers buy after viewing this item?

Case 1:19-cv-03019-RJD-RML  Document 36  Filed 02/27/19  Page 16 of 42 PageID #: 468



Kasa Smart Light Bulb by TP-Link - Reliable WiFi Connection, LED Soft White, Dimmable, A19, 60W Equivalent, No Hub Required, Works with Alexa Echo and Google Assistant (LB110)
★★★★☆ 2,221
$19.99 ✓prime



Kasa Smart Light Bulb by TP-Link - Reliable WiFi Connection, LED Soft White, Dimmable, A19, 50W Equivalent, No Hub Required, Works with Alexa Echo and Google Assistant (LB100)
★★★★☆ 2,028
$19.99 ✓prime



All-new Echo Dot (3rd Gen) - Smart speaker with Alexa - Charcoal
★★★★½ 18,803
$29.99 ✓prime



TP-Link KL130 Kasa Smart Wi-Fi LED Light Bulb, Dimmable, A19, No Hub Required, Works with Alexa & Google Assistant, Also Available for California Residents, Multi-Colored
★★★★☆ 2,028
$39.99 ✓prime

---

## Add Alexa for voice control



This item requires an Alexa device for voice control.

This item   +   Alexa device
                5 compatible

Alexa devices compatible with this item:

Echo Spot - Smart Displa...
$129.99 ✓prime
[Add to Cart]

Echo (2nd Generation) - ...
$89.99 ✓prime
[Add to Cart]

All-new Echo Show (2nd ...
$229.99 ✓prime
[Add to Cart]

All-new Echo Dot (3rd G...
$29.99 ✓prime
[Add to Cart]

---

## Special offers and product promotions

Style: A19,Tunable White

- **Buy Used and Save:** Buy a Used "Kasa Smart Light Bulb, Tunable White by TP-Link - ..." and save 15% off the $34.99 list price. Buy with confidence as the condition of this item and its timely delivery are guaranteed under the "Amazon A-to-z Guarantee". See all Used offers.
- Your cost could be **$9.99 instead of $19.99**! Get **$10.00** off instantly as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

---

# Have a question?

Find answers in product info, Q&As, reviews

🔍

---

Case 1:18-cv-03013-RJD-RML   Document 36   Filed 02/27/19   Page 17 of 42 PageID #: 406

**From the manufacturer**



View larger



View larger

### Control Your Light from Anywhere

Control your lighting from anywhere with the LB120. The smart bulb installs as easily as a standard light bulb, and connects to your home Wi-Fi in no time through the free Kasa app. Kasa lets you manage your lights with your smartphone or tablet, including adjusting brightness, setting schedules and scenes, and tracking energy used.

The LB120 also lets you tune its white temperature to create lighting suited to your mood, from bright daylight to soft, relaxing whites. For added convenience, you can control the LB120 with your voice when paired with Amazon Alexa.



View larger

**Tips for Optimal Performance:**

- If your Wi-Fi coverage does not reach the bulb, consider a range extender
- Lamps and fixtures with metal housings may reduce Wi-Fi signals
- Ensure the bulb is within the range of your Wi-Fi connection
- Position your router as close to a common open area as possible
- Beware of turning the power on and off 3 times quickly as this will reset the device
- Do not use with dimmer switches

Case 1:19-cv-03015-RJD-RML Document 30 Filed 02/27/19 Page 18 of 42 PageID #: 470



## Manage Remotely

The LB120 connects to your Wi-Fi and lets you control every aspect of your lighting from your smartphone or tablet. Whether home or away, you can always make sure your lighting is set the way you want it.

Turn the lights on from your car when you arrive home at night, and make sure all your lights are switched off even when you're already at work.






**Manage Remotely**  **Fine-Tuned Lighting**  **Peace of Mind**  **Save Energy**



View larger

### Control with Your Voice

The Smart Bulb works directly with Amazon Alexa and Google Assistant to manage your devices through Voice Control. Assign a name to each Smart Bulb and communicate each Bulb by name when making a voice command. You can also create a group for all your smart devices and control them all in one command.



View larger

### Kasa

The free Kasa app works with all TP-Link smart home devices, allowing you to easily control your home from any Android or iOS device.



View larger

### No Hub Required

The LB120 works with any Wi-Fi router without the need for a separate hub or paid subscription service.

View larger

### World's #1 Consumer Wi-Fi Brand*

Nearly half the people in the world who use Wi-Fi networking products use TP-Link. With over 150,000 products shipped daily, substantial investment in research and development, and meticulous in-house design, manufacturing and testing, we're proud to be the world leader in Wi-Fi.

*According to latest published IDC Worldwide Quarterly WLAN Tracker Report, Q3 2016 Final Release.

Case 1:15-cv-03015-RJD-RML   Document 30   Filed 02/27/19   Page 19 of 42 PageID #: 471



| | LB100 | LB110 | LB120 | LB130 | LB100 TKIT (3-Pack) |
|---|---|---|---|---|---|
| Connection | 802.11n Wi-Fi | 802.11n Wi-Fi | 802.11n Wi-Fi | 802.11n Wi-Fi | 802.11n Wi-Fi |
| Angled Lighting | 270° Wide | 270° Wide | 270° Wide | 180° Focused | 270° Wide |
| Lumens | 600 (50W equiv.) | 800 (60W equiv.) | 800 (60W equiv.) | 800 (60W equiv.) | 600 (50W equiv.) |
| Light Appearance | 2700K Soft White | 2700K Soft White | 2700k - 6500K Soft White to Daylight | 2500K - 9000K Soft White to Daylight | 2700K Soft White |
| Multicolor | | | | ✓ | |
| Compatible Wi-Fi Band | 2.4Ghz | 2.4Ghz | 2.4Ghz | 2.4Ghz | 2.4Ghz |
| Dimmable (via app) | ✓ | ✓ | ✓ | ✓ | ✓ |
| Scheduling | ✓ | ✓ | ✓ | ✓ | ✓ |
| Alexa Voice Control and Google Assistant Compatible | ✓ | ✓ | ✓ | ✓ | ✓ |
| Lifetime Rating | 13.7 Years | 22.8 Years | 22.8 Years | 22.8 Years | 13.7 Years |

**WARNING:** California's Proposition 65

## Compare with similar items

   

| | **This item** Kasa Smart Light Bulb, Tunable White by TP-Link - Reliable WiFi Connection, LED Tunable White, Dimmable, A19, 60W Equivalent, No Hub Required, Works with Alexa Echo and Google Assistant (LB120) | Kasa Smart Light Bulb by TP-Link - Reliable WiFi Connection, LED Soft White, Dimmable, A19, 50W Equivalent, No Hub Required, Works with Alexa Echo and Google Assistant (LB100) | Kasa Smart Wi-Fi LED Light Bulb by TP-Link - Soft White (800lm) - 2 Pack (LB110) | eufy Lumos Smart Bulb by Anker, Works with Amazon Alexa and Google Assistant, No Hub Required, Wi-Fi, 60W Equivalent, Dimmable LED Light Bulb, A19, E26, 800 Lumens (Soft White) |
|---|---|---|---|---|
| | See Details | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (2221) | ★★★★☆ (2028) | ★★★★★ (16) | ★★★★☆ (673) |
| Price | $19⁹⁹ | $19⁹⁹ | $43⁹⁹ | $15⁹⁹ |
| Shipping | Exclusively for Prime members | Eligible for FREE Shipping | Eligible for FREE Shipping | Eligible for FREE Shipping |
| Sold By | Amazon.com | Amazon.com | PrimeDeal | EufyHome |
| Shape | a19 | A19, E26 Fitting | Bulb | a19 |
| Light Source Type | LED | LED | LED | LED |
| Additional Features | — | • Control your lights from anywhere with your tablet or smartphone using the free Kasa app (iOS, Android) • Dim brightness to customize lighting and suit your mood • Check on lights remotely and power them off for peace of mind • Control lights individually or in groups by saving your favorite light settings as Scenes • Set schedules, timers, and countdowns and have your lights work around your life • Track real-time and historical energy use to stay informed and save • Use Away Mode to turn lights on and off at different times to give the appearance that someone is home • Compatible Wi-Fi Bands: 802.11n, 2.4GHz Wi-Fi • Lifetime: 22.8 yrs, up to 25,000 hrs | — | — |
| Wattage | 11 watts | 8 watts | 60 watts | 60 watts |

**Product description**

Control your lighting from anywhere with the LB120. The smart bulb installs as easily as a standard light bulb, and connects to your home Wi-Fi in no time through the free Kasa app. Kasa lets you manage your lights with your smartphone or tablet, including adjusting brightness, setting schedules and scenes, and tracking energy used. The LB120 also lets you tune its white temperature to create lighting suited to your mood, from bright daylight to soft, relaxing whites. For added convenience, you can control the LB120 with your voice when paired with Amazon Alexa. Before installing or replacing the Smart Wi-Fi LED Bulbs, read and follow all precautions, including the following: WARNING: RISK OF ELECTRIC SHOCK OR BURNS. - Switch OFF the light switch controlling the bulb and WAIT for the bulb to cool down before attempting to change it. - Do not install the Smart Wi-Fi LED Bulb with wet hands or when standing on wet or damp surfaces. - Not suitable for use with standard in-wall dimmers. - Dimmable via the app only.Suitable for use in operating environment between-20°C and 40°C (-4°F and 104°F). - This device is not intended for use with emergency exit luminaires. - NOT FOR EMERGENCY LIGHTING.

## Product information

Style:**A19,Tunable White**

### Technical Details

| Part Number | LB120 |
|---|---|
| Item Weight | 7 ounces |
| Product Dimensions | 4.1 x 3.1 x 6.7 inches |
| California residents | Click here for Proposition 65 warning |
| Item model number | LB120 |
| Size | 60W Equivalent Smart Bulb, Tunable White |
| Color | Tunable White |
| Style | A19,Tunable White |
| Material | Cobalt |
| Shape | a19 |
| Power Source | AC |
| Voltage | 120 volts |
| Wattage | 11 watts |
| Item Package Quantity | 1 |
| Type of Bulb | LED |
| Luminous Flux | 800 lm |
| Display Style | LED |
| Included Components | Smart Wi-Fi LED Bulb LB120, Quick Installation Guide |
| Batteries Included? | No |
| Batteries Required? | No |
| Warranty Description | 2 years. |

### Technical Specification

### Additional Information

| ASIN | B01HXM8XHO |
|---|---|
| Customer Reviews | ★★★★☆  2,221 customer reviews  4.0 out of 5 stars |
| Best Sellers Rank | #1,181 in Tools & Home Improvement (See top 100)  #43 in Industrial & Scientific > Industrial Electrical > Lighting Components > Light Bulbs > LED Bulbs |
| Shipping Weight | 11.2 ounces (View shipping rates and policies) |
| Date First Available | August 9, 2016 |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here. [PDF]

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?
Would you like to tell us about a lower price?

Case 1:18-cv-03019-RJD-RML   Document 36   Filed 02/27/19   Page 22 of 42 PageID #: 474

User Guide [pdf ]

Other Content [pdf ]

## Related Video Shorts | Upload your video

     

**Why should you purchase Smart Home…**
Amazon Smart Home

**Kasa Smart Light Bulb, Tunable White by TP-…**
Manufacturer Video

**Customer Review: Eight months and these…**
P36jet

**Customer Review: I'm in love with these…**
eric Heyward

**Customer Review: Wonderful! More Than…**
MARCIA

**Customer Review: Everything I had hope…**
Liz

**TP-Link Smart Wi-Fi LED Bulb A19 50w 60w…**
TP-Link

---

## Important information

**Legal Disclaimer**

This product contains chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

---

## Sponsored products related to this item

       

**[Upgrade] 27W (250 Watt Equivalent) A21 Omnidirectional Ceramic LED Light Bulbs, 4…**
★★★★☆ 311
$49.99 ✓prime

**PETEME LED Bulb, A19 LED Smart Bulb, White/RGB, E26 7W Equivalent 60W,Work…**
★★★★☆ 63
$29.99 ✓prime

**Smart Bulb Wifi Led Bulb E26 A19 7W 600LM Multicolored RGB CCT Smart Light Bulb Wor…**
★★★★☆ 53
$39.99 ✓prime

**Zombber 2 Pack 2nd Generation Smart WiFi Light Bulb, No Hub Required, Multicolored …**
★★★★☆ 74
$26.88 ✓prime

**WIXANN Smart WiFi Bulb, RGBCW Wi-Fi LED Bulb A19[7W 600LM]**
★★★★☆ 17
$17.99 ✓prime

**Smart LED Bulb E27, WiFi Control and Multicolor Light Bulb, Compatible with Alexa, …**
★★★★☆ 176
$16.99 ✓prime

**Smart LED Bulb A19 WiFi Dimmable Multicolor Light Bulb Compatible with Alexa and Go…**
★★★☆☆ 11
$50.99 ✓prime

**LED S… Certifi… Univer… Dimm…**
★★☆…
$21.99

Ad feedback



Case 1:18-cv-03018-RJD-RML   Document 36   Filed 02/27/19   Page 23 of 42 PageID #: 473

## Customer Questions & Answers

See questions and answers

Ad feedback

**2,221 customer reviews**

★★★★☆ 4.0 out of 5 stars ∨

| | |
|---|---|
| 5 star | 62% |
| 4 star | 12% |
| 3 star | 6% |
| 2 star | 6% |
| 1 star | 14% |

### By customer groups & interests ⓘ

Smart Home    ★★★★☆ 4.1

Electronics    ★★★★☆ 4.0

Is this feature helpful?   [ Yes ] [ No ]

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

**Customer images**




See all customer images

### Read reviews that mention

[ kasa app ] [ easy to set ] [ light bulb ] [ easy to setup ] [ google home ]

[ living room ] [ smart home ] [ smart bulb ] [ alexa to turn ] [ tp-link smart ]

[ easy to use ] [ super easy ] [ easy to install ] [ light switch ]

**Showing 1-8 of 2,221 reviews**

[ Top Reviews ∨ ]

 Vegas Techy

★★★★☆ **Does an Okay Job**

September 23, 2016

Verified Purchase

Case 1:19-cv-03015-RJD-RML   Document 30   Filed 02/27/19   Page 24 of 42 PageID #: 476

PRIME ORIGINAL



TOM CLANCY'S
JACK RYAN

TRY PRIME NOW

prime video

Ad feedback

I bought four of these bulbs when I saw they are compatible for direct control using Amazon's Echo. And sure enough, it takes a minimum of setup, and they work like a dream! And you can control individual lights, a group of lights, or all of the lights just by telling Echo "Alexa, turn on the living room lights." The lights come on, Alexa says "Ok" and its perfect!

BIG POINT HERE: You do NOT need a hub for these bulbs. A hub is a separate little box you attach to your Wi-Fi router, configure (which can be a nightmare), and must always go through for the app or Echo to talk through and control the lights. Hue uses this and I tried it and HATED it! NO SUCH HERE…Each BULB JUST WORKS with the app, with Echo and NO HUB! WOOHOO!!!

Now, about the light bulbs themselves…LED bulbs for a long time weren't able to provide the warm glow of incandescent bulbs, and that used to turn people (myself included) off to going with LED. This was despite the savings you get with LED. However, these bulbs let you choose between white or yellow (that soft glow color) at any time! You can use it on bright white, then have your needs change and switch it to the soft glow. What more

⌄ Read more

930 people found this helpful

[ Helpful ]    |    Comment    |    Report abuse

---

 Loan man

★☆☆☆☆ **I would give zero stars if it weren't for the fact that these play nice with Alexa and zero stars isn't a choice.**

January 16, 2018

Verified Purchase

I have 18 of these bulbs in my house. The oldest was purchased 13 months ago and two no longer work. They were great…as long as they worked. Sometimes they all quit communicating with my server and Alexa. It's no fun reconnecting 18 bulbs one at a time! Then with a two year warranty two have now stopped working. TP-Link customer service is the worst I've seen.

First you call and wait on hold for 24 minutes before the rep picks up and then hangs up on you. Then you wait on hold another 32 minutes and finally talk to a rep. You tell them you have a bulb that is burned out in less time than the two-year warranty. They walk you through stupid trouble shooting steps like, "Is the light switch turned on?" "Does the bulb work in a different socket?" and "Is there a power outage in your area?" Hey, I never thought of that.

Next they escalate your issue to the returns department who will be in touch with you via email in two to three business days. Really? An email in two or three days to tell you how to get a freaking replacement bulb?!? Ok the email comes and you now have to register your product…all 18 bulbs. Ok prove your purchase (Thank you Amazon for keeping my orders) so they know you really paid $25 to $32 PER LIGHT BULB!

⌄ Read more

197 people found this helpful

[ Helpful ]    |    Comment    |    Report abuse

---

 B.  Top Contributor: Pets

★★★★★ **So far, works great!**

October 5, 2017

Verified Purchase

I purchased this smart bulb along with a LIFX bulb that costs over 2X more to see which one we liked better. I was looking for a smart bulb that didn't require a hub, and those two brands stood out in my search. Honestly, I thought the LIFX bulb (given the price point) was going to perform better but I was wrong. Even though the LIFX

Case 1:19-cv-09319-RJS-RWL    Document 36    Filed 6/27/23    Page 25 of 42 PageID #: 471

smart bulb was a little brighter, it didn't work consistently and we had to manually reset the light switch to get it to connect to our network again... not so smart. The TP-Link bulb, on the other hand, has worked consistently without us having to manually turn the switch off and on again to get it to work (not even once!). So I went ahead and bought a second TP-Link smart bulb, and it has been performing just like the first one. One of our bulbs is actually in the far end of our backyard, and I thought I was going to have connectivity issues due to its physical distance to our router, but have had none! Planning on buying more for the house! And at this price, I will be able to buy more than I would have if I had gone with the LIFX bulb. Happy customer!

24 people found this helpful

| Helpful | | Comment | Report abuse |

**Walsh**

⭐⭐⭐☆☆ **Needs to be reset frequently**

December 31, 2016

Verified Purchase

The bulb must be frequently reset, turned off and on 3 times to reset and then re-added to Kasa. I don't have this problem with the smart plug I also own or any of the other TP-Link equipment. This bulb has been a disappointment and I wouldn't recommend it to my friends.

After I take down the Xmas tree I'll be putting the smart plug back and will move the light around and see if the problem continues or if this is just due to a dead spot in my wireless coverage that is causing the bulbs problems.

Perhaps a FW update will fix it down the road

Update: Raised the stars to a 4. After contacting support I was sent a link to a tool that once downloaded allowed me to upgrade the firmware on my LB-110 to V1.2.2. Since upgrading the firmware I haven't had a disconnect, where as before it had gotten to the point it would only stay connected for a couple hours at a time. Hopefully this Firmware upgrade is the solution. I left a star off since the KASA application did not identify that a newer firmware edition was available.

139 people found this helpful

| Helpful | | Comment | Report abuse |

See all 2,221 reviews ›

Write a customer review

## Set up an Amazon Giveaway

Case 1:19-cv-03015-RJD-RML Document 30 Filed 02/27/19 Page 26 of 42 PageID #: 478



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Kasa Smart Light Bulb, Tunable White by TP-Link - Reliable WiFi Connection, LED Tunable White, Dimmable, A19, 60W Equivalent, No Hub Required, Works with Alexa Echo and Google Assistant (LB120)

Set up a giveaway

## Customers who bought this item also bought



Kasa Smart Light Bulb by TP-Link - Reliable WiFi Connection, LED Soft White, Dimmable, A19,...
★★★★☆ 2,221
$19.99 ✓prime



Kasa Smart Light Bulb, Multicolor by TP-Link - Reliable WiFi Connection, LED Multicolor, 16...
★★★★☆ 766
$39.95



Kasa Smart WiFi Plug Mini by TP-Link - Reliable WiFi Connection, No Hub Required, Works with...
★★★★☆ 3,360
**#1 Best Seller** in Electric Plugs
$19.99 ✓prime



Kasa Smart Light Bulb by TP-Link - Reliable WiFi Connection, LED Soft White, Dimmable, A19,...
★★★★☆ 2,028
$19.99 ✓prime



Kasa Smart Wi-Fi LED Light Bulb by TP-Link - Soft White, Dimmable, A19, No Hub Required,...
★★★★☆ 2,221
$65.00 ✓prime



Kasa Smart Light Bulb, Multicolor by TP-Link - Reliable WiFi Connection, LED Multicolor, 16...
★★★★☆ 2,221
$39.99 ✓prime



A VERY ENGLISH SCANDAL
Golden Globe Winner
TRY PRIME NOW
prime video

Ad feedback

**Pages with related products.** See and discover other items: dim lights, wifi routers for home, smart link, smart device, smart home hub, google home devices

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant



Case 1:18-cv-03019-RJD-RML Document 36 Filed 02/27/19 Page 27 of 42 PageID #: 479

Advertise Your Products
Amazon Currency Converter
Help
Self-Publish with Us
› See all

English
United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Amazon Business<br>Everything For Your Business | AmazonFresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Handpicked Pros Happiness Guarantee | Amazon Inspire<br>Digital Educational Resources | Amazon Rapids<br>Fun stories for kids on the go | Amazon Restaurants<br>Food delivery from local restaurants |
| Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Download Audiobooks | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | CreateSpace<br>Indie Print Publishing Made Easy | DPReview<br>Digital Photography |
| East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting | Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Junglee.com<br>Shop Online in India | Kindle Direct Publishing<br>Indie Digital Publishing Made Easy |
| Prime Now<br>FREE 2-hour Delivery on Everyday Items | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Withoutabox<br>Submit to Film Festivals |
| Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Souq.com<br>Shop Online in the Middle East | Subscribe with Amazon<br>Discover & try subscription services | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished products with a warranty | Amazon Second Chance<br>Pass it on, trade it in, give it a second life |

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2019, Amazon.com, Inc. or its affiliates

# Exhibit C
# to Supplemental Auyang
# Declaration

Case 1:18-cv-03019-RJD-RML Document 36 Filed 02/27/19 Page 29 of 42 PageID #: 481

  **SEE SOMETHING NEW,** EVERY DAY. **TAKE A LOOK**    



amazon **Try Prime**

All | tp-link lb120 kit

**Shop women-run businesses**

Deliver to
Mill Valley 94941

Your Amazon.com | Today's Deals | Gift Cards

EN

Hello, Sign in
**Account & Lists**

**Orders**

**Try Prime**

0
**Cart**

 Save up to 65% on Samsung SmartThings ADT Home Security    Shop now ›

‹ Back to results








# TP-Link Smart WiFi LED 11W Dimmable White Bulb with Voice App Control LB120 (2 Pack)

by TP-LINK

★★★★★ ▾ | **19 customer reviews**
| **14 answered questions**

Price: **$42.94** & **FREE Shipping**. Details

**Note:** Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **White**

 $44.08

 $42.94

- Smart bulbs with tunable white light
- Control your lights from anywhere with your tablet or smart phone
- Free Kasa app for iOS 8 and Android 4.1 or higher
- Reduce your energy use up to 80% without brightness or quality loss
- Track real-time energy used

Share ✉ f ✔ 📌

**$42.94**
& **FREE Shipping**. Details

**Want it TODAY, Feb. 21?** Order within **11 hrs 18 mins** and choose **Same-Day Delivery** at checkout. Details

**Only 8 left in stock - order soon.**

Sold by JMBO Sales (Fast shipping) and Fulfilled by Amazon. Gift-wrap available.

Qty: 1 ▾

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime



 Add to Cart

▶ Buy Now

Deliver to Mill Valley 94941

Case 1:18-cv-03019-RJD-RML Document 36 Filed 02/27/19 Page 30 of 42 PageID #: 482

TP-Link Smart WiFi LED 11W Dimmable White Bulb with Voice App Control LB120 (2 Pack) - Amazon.com

› See more product details

Compare with similar items

**New** (4) from $39.98 & FREE shipping. Details

Roll over image to zoom in

Ad feedback 💬

Add to List

**Other Sellers on Amazon**

**$39.98**　　　　Add to Cart
& **FREE Shipping** on
eligible orders. Details
Sold by: **PrimeDeal**

**$59.99**　　　　Add to Cart
+ Free Shipping
Sold by: **VMInnovations**

**New** (4) from $39.98 & FREE shipping.
Details

## Frequently bought together



Total price: **$111.96**

Add all three to Cart

Add all three to List

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** TP-Link Smart WiFi LED 11W Dimmable White Bulb with Voice App Control LB120 (2 Pack)　$39.98

☑ Echo Dot (3rd Gen) - New and improved smart speaker with Alexa - Charcoal　$49.99

☑ Kasa Smart WiFi Plug Mini by TP-Link - Reliable WiFi Connection, No Hub Required, Works with Alexa…　$21.99

Have one to sell?　Sell on Amazon



PHILIPS
hue

**Got Voice? Get Hue. Works with any voice assist...**

Philips Hue White A19 60W Equivalent LED Smart Bulb Starter Kit (4 A19 Whit...
1,191
**$99.93** ✓prime

Ad feedback 💬

## Sponsored products related to this item

Case 1:18-cv-03019-RJD-RML Document 36 Filed 02/27/19 Page 31 of 42 PageID #: 483

    

Sengled Smart LED Multicolor A19 Starter Kit, 60W Equivalent Bulbs, 2 Light Bulbs &...

⭐⭐⭐½☆ 1609
$63.99 ✓prime

LED WiFi Smart Light Bulb, Compatible with Alexa and Google Assistant and IFTT, E26...

$15.98 ✓prime

Smart WiFi Light Bulb, Gadget-Park LED Smart Bulb, E27 RGBW Dimmable WiFi Light A21...

$21.99 ✓prime

BCL GU10 LED Bulbs, dimmable color changing spotlight with IR remote, RGB and Warm ...

⭐☆☆☆☆ 1
$5.99 ✓prime

Sengled Smart LED Daylight A19 Bulb, Hub Required, 5000K 60W Equivalent, Works with...

⭐⭐⭐⭐☆ 1989
$61.59 ✓prime

Ad feedback 💬

## Customers who bought this item also bought

     

Kasa Smart Light Bulb, Tunable White by TP-Link - Reliable WiFi Connection, LED Tunable White,

⭐⭐⭐⭐☆ 2,256
$19.95 ✓prime

Kasa Smart WiFi Plug Lite by TP-Link (2-Pack) -12 Amp & Reliable Wifi Connection, Compact

⭐⭐⭐⭐½ 1,985
$34.99 ✓prime

TP-LINK HS105P3 Kasa Smart Plug Mini, WiFi Enabled (3-Pack) Control your Devices from

⭐⭐⭐⭐☆ 3,572
$64.99 ✓prime

Kasa Smart WiFi Light Bulb, Multicolor by TP-Link – Smart LED Light Bulbs, Works with Alexa & Google

⭐⭐⭐⭐☆ 2,052
$34.99 ✓prime

Kasa Smart Light Bulb, Multicolor by TP-Link – WiFi Bulbs, Works with Alexa & Google (LB130)

⭐⭐⭐⭐☆ 776
15 offers from $44.94



[Kasa Smart Light Switch
by TP-Link – Needs Neutral
Wire, WiFi Light Switch,
Works with Alexa & Google](#)

★★★★☆ 2,460
$29.99 ✓prime

---

## Special offers and product promotions

Color: **White**

- **Your cost could be $0.00 instead of $39.98**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** [Apply now](#)

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍

---

## Compare with similar items

Case 1:18-cv-03019-RJD-RML  Document 36  Filed 02/27/19  Page 33 of 42 PageID #: 485









**This item** TP-Link Smart WiFi LED 11W Dimmable White Bulb with Voice App Control LB120 (2 Pack)

Kasa Smart Light Bulb, Tunable White by TP-Link - Reliable WiFi Connection, LED Tunable White, Dimmable, A19, 60W Equivalent, No Hub Required, Works with Alexa Echo and Google Assistant (LB120)

Kasa Smart WiFi Light Bulb, Dimmable by TP-Link – No Hub Required, Works with Alexa & Google (KL110)

TP-Link Smart WiFi LED 11W Dimmable White Bulb with Voice App Control (4 Pack)

Add to Cart　　　Add to Cart　　　Add to Cart　　　Add to Cart

| | | | | |
|---|---|---|---|---|
| **Customer Rating** | ★★★★★ (19) | ★★★★☆ (2256) | ★★★★☆ (2052) | ★★★★⯪ (4) |
| **Price** | $39⁹⁸ | $19⁹⁵ | $19⁹⁹ | $83⁹⁵ |
| **Shipping** | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 | FREE Shipping on orders over $25 |
| **Sold By** | PrimeDeal | Amazon.com | Amazon.com | Outlet Digital |
| **Shape** | — | a19 | a19 | — |
| **Light Source Type** | LED | LED | Led | LED |
| **Additional Features** | — | — | Dimmable | — |
| **Wattage** | 11 watts | 11 watts | 10 watts | 11 watts |

2/21/2019
TP-Link Smart WiFi LED 11W Dimmable White Bulb with Voice App Control (LB120 2-Pack) - Amazon.com
Case 1:18-cv-03019-RJD-RML  Document 36  Filed 02/27/19  Page 34 of 42  PageID #: 486

## Product description

Color: **White**

Light up your home the smart way with the TP-Link Smart WiFi LED 11W Dimmable White Bulb. The free Kasa app lets you manage your lights remotely so you'll never have to wonder again if you left that bedroom light on this morning. This package includes 2 light bulbs. This smart bulb is voice compatible with Amazon Alexa and Google Assistant for a hands-free control. Use the circadian mode or dimmable function to match the light appearance to the time of day. Reduce your energy use up to 80% without brightness or quality loss with this bulb! The best part is that you won't need to purchase an additional hub to control it since it connects to your WiFi in your home. The TP-Link Smart LED Bulb will light the way in your home. Never be in darkness again.

## Product information

Color: **White**

### Technical Details

| | |
|---|---|
| Brand | TP-LINK |
| Part Number | 2 x TPL-LB120 |
| Item Weight | 1.3 pounds |
| Product Dimensions | 6.8 x 4.2 x 3.2 inches |
| Assembled Height | 3.2 inches |
| Assembled Length | 6.8 inches |
| Assembled Width | 4.2 inches |
| Color | White |
| Batteries Included? | No |
| Batteries Required? | No |
| Type of Bulb | LED |
| Wattage | 11 watts |

### Additional Information

| | |
|---|---|
| ASIN | B075KW9GPB |
| Customer Reviews | ★★★★★  ▼  19 customer reviews<br>4.8 out of 5 stars |
| Best Sellers Rank | #46,516 in Tools & Home Improvement (See top 100)<br>#1,716 in Industrial & Scientific > Industrial Electrical > Lighting Components > Light Bulbs > LED Bulbs |
| Shipping Weight | 1.3 pounds (View shipping rates and policies) |
| Date First Available | September 12, 2017 |

## Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

## Feedback

Case 1:18-cv-03019-RJD-RML Document 36 Filed 02/21/19 Page 35 of 42 PageID #: 487
TP-Link Smart WiFi LED 11W Dimmable White Bulb with Voice App Control LB120 2-Pack - Amazon.com

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Related Video Shorts (0)   Upload your video



**Be the first video**

Your name here

---

## Sponsored products related to this item











| Sengled Smart LED Multicolor A19 Starter Kit, 60W Equivalent Bulbs, 2 Light Bulbs &... | Sengled LED with Motion Sensor (Smartsense), Soft White 2700K, BR30 65W Equivalent,... | Sengled Smart LED Daylight A19 Bulb, Hub Required, 5000K 60W Equivalent, Works with... | Led Light Bulb E27 10W PAR30 RGB Dimmable Spotlight 16 Color Changing with IR Remot... | Sengled A19 LED Light Bulb with 15 Seconds Delay-off, 60W Equivalent, E26 Base Soft... |
|---|---|---|---|---|
| ★★★☆☆ 1609 | ★★★★☆ 98 | ★★★★☆ 1989 | ★★★★☆ 55 | ★★★★☆ 15 |
| $63.99 ✓prime | $11.99 ✓prime | $61.59 ✓prime | $14.88 ✓prime | $35.96 ✓prime |

Ad feedback



Ad feedback 🗨

## Customer Questions & Answers

See questions and answers

# 19 customer reviews

**Read reviews that mention**

Case 1:18-cv-03019-RJD-RML   Document 36   Filed 02/21/19   Page 37 of 42 PageID #: 489



★★★★★ 4.8 out of 5 stars ⌄

| | | |
|---|---|---|
| 5 star | | 89% |
| 4 star | | 11% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



AdChoices ▷

OVER
**18X** THE
NATIONAL
AVERAGE

HIGH-YIELD SAVINGS ACCOUNT

**2.10%** APY    Terms apply.

AMERICAN EXPRESS   Personal Savings    [ APPLY NOW ]

Ad feedback 💬

| kasa app | light bulbs | lights | alexa | brightness | wifi |
|---|---|---|---|---|---|

**Showing 1-8 of 19 reviews**

[ Top Reviews ⌄ ]

 Phil

★★★★☆ **Good light**

January 11, 2019

Color: Soft White    **Verified Purchase**

These lights work fine, but there are a couple points that I'm not happy with. 1) Although dimmable, I can't adjust the whiteness of the light. I'd like them to be a bit whiter. 2) The app does not allow for a timer. As an example, I would like to turn the light on for 30 minutes occasionally. Otherwise the lights work fine, and integrate with Alexa fine.

One person found this helpful

[ Helpful ]   Comment   Report abuse

 John

★★★★★ **Quick to set up and connects reliably to your home WiFi**

February 1, 2019

Color: Soft White    **Verified Purchase**

This was really quick and easy to set up, and I absolutely love the Kasa app on my iPhone. I can control the lights either asking Alexa to turn on the lights (individually or grouped however you like, in whatever brightness you like), or by swiping down on my iPhone and hitting the buttons I had preset from anywhere, even on cellular away from home.

Oh! And it's cheaper than the other brands, while also not requiring a home hub! So you're not tied to these lights, but you'll want to be.

[ Helpful ]   Comment   Report abuse

 Humberto Madrigal

★★★★★ **Great buy, programmable and easy installation**

TP-Link Smart WiFi LED 11W Dimmable White Bulb with Voice/App Control LB120 (2-Pack) - Amazon.com

November 13, 2017
Color: Soft White | **Verified Purchase**

Good light bulbs, like the idea that you can not only set a schedule but you can schedule brightness, start with 5% then increase it to 100% then back to 5% then turn off.

2 people found this helpful

| Helpful | Comment | Report abuse

 rdh

⭐⭐⭐⭐⭐ **Kasa Tp-Link smart bulbs**

December 7, 2018
Color: Soft White | **Verified Purchase**

This purchase was the 2 pack of the KASA TP-Link smart light bulbs. I bought these because I'm already using 8 TP-Link bulbs with no issues whatsoever and recently found a use for 2 more.. Nuff said!

| Helpful | Comment | Report abuse

 Andrew K.

⭐⭐⭐⭐⭐ **I love these bulbs**

February 5, 2019
Color: Soft White | **Verified Purchase**

Great addition to my smart home. I'm pretty impressed with all the TP-Link smart products because they always work. Some brand are hit and miss but these are dependable.

| Helpful | Comment | Report abuse

 Dragon.t71

⭐⭐⭐⭐⭐ **Excellent Lights**

December 21, 2018
Color: White | **Verified Purchase**

I love TP Link gives you the option to setup a schedule to turn on and off the lights. Works great with Alexa. There is no hub needed is the best part. Lights are bright.

Case 1:18-cv-03019-RJD-RML  Document 36  Filed 02/22/19  Page 39 of 42 PageID #: 491

Helpful      |    Comment    |    Report abuse



Dogman

⭐⭐⭐⭐⭐ **Great price and selection.**

January 20, 2019

Color: Soft White    |    Verified Purchase

Needed these for our new lighting fixtures. Great light, and not so white - bright.

Helpful      |    Comment    |    Report abuse

Dean Coats

⭐⭐⭐⭐⭐ **Would buy again!!!**

December 30, 2018

Color: White    |    Verified Purchase

Great Item, works well, pairs with alexa great.

Helpful      |    Comment    |    Report abuse

**See all 19 reviews ›**

Write a customer review

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** TP-Link Smart WiFi LED 11W Dimmable White Bulb with Voice App Control LB120 (2 Pack)

Case 1:18-cv-03019-RJD-RML  Document 36  Filed 02/27/19  Page 40 of 42 PageID #: 492

Set up a giveaway

## Customers who viewed this item also viewed


Kasa Smart Light Bulb, Tunable White by TP-Link - Reliable WiFi Connection, LED Tunable White,
⭐⭐⭐⭐☆ 2,256
$19.95 ✓prime


Kasa Smart Wi-Fi LED Light Bulb by TP-Link - Soft White, Dimmable, A19, No Hub Required,
⭐⭐⭐⭐☆ 2,256
$59.90 ✓prime


Kasa Smart WiFi Light Bulb, Dimmable by TP-Link – No Hub Required, Works with Alexa & Google
⭐⭐⭐⭐☆ 2,052
$19.99 ✓prime


Kasa Smart WiFi Light Bulb, Tunable White by TP-Link – Smart Light Bulb, Works with Alexa & Google
⭐⭐⭐⭐☆ 2,052
$24.99 ✓prime


Kasa Smart Light Bulb by TP-Link – WiFi Bulbs, No Hub Required, Old Version, Works with Alexa & Google
⭐⭐⭐⭐☆ 2,256
$19.99 ✓prime


TP-Link Smart WiFi LED 11W Dimmable White Bulb with Voice App Control (4 Pack)
⭐⭐⭐⭐½ 4
$83.95 ✓prime

Case 1:18-cv-03019-RJD-RML Document 36 Filed 02/27/19 Page 41 of 42 PageID #: 493

PRIME ORIGINAL
The Marvelous Mrs. Maisel

prime video
TRY PRIME NOW

Ad feedback

**Pages with related products.** See and discover other items: circadian light

Back to top

## Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices

## Make Money with Us
Sell on Amazon
Sell Under Private Brands
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See all

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English     United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |

Stream millions
of songs

Find, attract, and
engage customers

Cloud storage
from Amazon

Score deals
on fashion brands

Books, art
& collectibles

Audiobook Publishing
Made Easy

Actionable Analytics
for the Web

**Amazon Business**
Everything For
Your Business

**AmazonFresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Handpicked Pros
Happiness Guarantee

**Amazon Inspire**
Digital Educational
Resources

**Amazon Rapids**
Fun stories for
kids on the go

**Amazon Restaurants**
Food delivery from
local restaurants

**Amazon Web Services**
Scalable Cloud
Computing Services

**Audible**
Download
Audiobooks

**Book Depository**
Books With Free
Delivery Worldwide

**Box Office Mojo**
Find Movie
Box Office Data

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print Publishing
Made Easy

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
& recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info Entertainment
Professionals Need

**Junglee.com**
Shop Online
in India

**Kindle Direct Publishing**
Indie Digital Publishing
Made Easy

**Prime Now**
FREE 2-hour Delivery
on Everyday Items

**Amazon Photos**
Unlimited Photo Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Warehouse**
Great Deals on
Quality Used Products

**Whole Foods Market**
America's Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Souq.com**
Shop Online in
the Middle East

**Subscribe with Amazon**
Discover & try
subscription services

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Refurbished products
with a warranty

**Amazon Second Chance**
Pass it on, trade it in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates