BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE

DATE: **APRIL 5, 2019**

*TIME IN COURT: 30 minutes*

CIVIL CAUSE FOR ORAL ARGUMENT

CASE:        CAREFUL SHOPPER, LLC V. TP-LINK USA CORPORATION

DOCKET NUMBER: CV 18-3019(RJD)

COUNSEL FOR PLAINTIFF:        MARK SCHLACHET

COUNSEL FOR DEFENDANT(S):   PRASHANTH CHENNAKSAVAN AND
                            HEATHER AUYANG TELEPHONIC APPEANCE

COURTREPORTER:  *MICHELE NARDONE*

X    CASE CALLED FOR ORAL ARGUMENT:
     AS PER DISCUSSIONS STATED ON THE RECORD, DECISION RESERVED.