UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CAREFUL SHOPPER, LLC,

    JUDGMENT
    18-CV-3019(RJD)(RML)

    Plaintiff,

-against-

TP-LINK USA CORPORATION d/b/a TP-LINK NORTH AMERICA, INC.,

    Defendant.
---------------------------------------------------------------X

An Order of Honorable Raymond J. Dearie, United States District Judge having been filed on September 30, 2019, denying Defendant's motion to compel arbitration; and granting the motion to dismiss for lack of personal jurisdiction; it is

ORDERED and ADJUDGED that Defendant's motion to compel arbitration is denied; and that the motion to dismiss for lack of personal jurisdiction is granted.

Dated: Brooklyn, New York
      September 30, 2019

    Douglas C. Palmer
    Clerk of Court

by:   */s/ Jalitza Poveda*
      Deputy Clerk